# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
———
302 658 9200
302 658 3989 Fax

Leslie A. Polizoti
302 575 7415
302 425 3084 (fax)
lpolizoti@mnat.com

March 1, 2005

**BY E-FILING**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE 19801

    Re:    *Cordis Corp. v. Medtronic Vascular, Inc.*, C.A. No. 97-550 (SLR)

Dear Chief Judge Robinson:

       Pursuant to D. Del. LR 79.1(b), Medtronic AVE hereby requests permission to retrieve the following exhibits that Medtronic AVE admitted into evidence during the first trial in this matter: 619, 806, 3045, 3128, 3129, 3130, 3131 and 3132.

                           Respectfully,

                           /s/ Leslie A. Polizoti

                           Leslie A. Polizoti

LAP/dal
453256
cc:    Steven J. Balick, Esq. (by hand)
        Gregory L. Diskant, Esq. (by telecopy)
        Eugene Gelernter, Esq. (by telecopy)
        Donna M. Tanguay, Esq. (by telecopy)