IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 97-550 (SLR) |
| ) | |
| MEDTRONIC VASCULAR, INC., et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MEDTRONIC VASCULAR, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 97-700 (SLR) |
| ) | |
| v. ) | |
| ) | |
| CORDIS CORPORATION, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James G. Rizzo and Michael W. Connelly of the law firm McDermott, Will & Emery to represent the defendants, Medtronic Vascular, Inc. and Medtronic USA, Inc., in this matter.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|  | /s/Karen Jacobs Louden (#2881) |
| OF COUNSEL: | Leslie A. Polizoti (#4299) |
| Raphael V. Lupo | 1201 North Market Street |
| Mark G. Davis | P.O. Box 1347 |
| Donna M. Tanguay | Wilmington, Delaware 19899 |
| McDermott, Will & Emery | (302)658-9200 |
| 600 13th Street, N.W. | Attorneys for Medtronic Vascular, Inc. and |
| Washington, D.C. 20005-3096 | Medtronic USA, Inc. |
| (202) 756-8000 | |

March 2, 2005

## **ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____      _____
                                                                                   Chief Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court.

                                                                                _____
/s/James G. Rizzo
McDermott Will & Emery
600 13th Street, N.W.
Washington, DC  20005
(202) 756-8000

March 2, 2005

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the fee payment of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

_____
/s/Michael W. Connelly
McDermott Will & Emery
600 13th Street, N.W.
Washington, DC  20005
(202) 756-8000

March 2, 2005

**CERTIFICATE OF SERVICE**

       I, the undersigned, hereby certify that on March 2, 2005 I electronically filed Motion And Order For Admission Pro Hac Vice which will send notification of such filing to the following

         Steven J. Balick
         Ashby & Geddes
         222 Delaware Avenue
         Wilmington, DE  19801

         Josy W. Ingersoll, Esquire
         Young, Conaway, Stargatt & Taylor LLP
         1000 West Street, 17th Fl.
         Wilmington, DE  19801

| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| Raphael V. Lupo | /s/ Karen Jacobs Louden (#2881) |
| Mark G. Davis | Leslie A. Polizoti (#4299) |
| Donna M. Tanguay | 1201 North Market Street |
| McDermott, Will & Emery | P.O. Box 1347 |
| 600 13th Street, N.W. | Wilmington, Delaware 19899 |
| Washington, D.C.  20005-3096 | (302)658-9200 |
| (202) 756-8000 | Attorneys for Medtronic Vascular, Inc. and Medtronic USA, Inc. |

March 2, 2005