## ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 2, 2005

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

VIA ELECTRONIC FILING

Re:  *Cordis Corporation v. Medtronic Vascular, Inc., et al.*, C.A. No. 97-550-SLR

  *Medtronic Ave., Inc. v. Cordis Corporation, et al.*, C.A. No. 97-700-SLR

  *Boston Scientific Corporation v. Ethicon, Inc., et al.*, C.A. No. 98-19-SLR

Dear Chief Judge Robinson:

On behalf of Cordis Corporation, I am writing to request permission to retrieve the following physical exhibits from the original trials in the above cases, for use during the upcoming re-trials. I am doing so by letter as per Ms. DiMeo's February 28, 2005 e-mail instructions to Ms. Polizoti, who made a similar request on behalf of Medtronic Vascular.

From the November 6, 2000 AVE Liability Trial:
PX 2940, PX 2958, PX 3243, PX 3692, PX 2353B, PX 2356A, AVETXs 4357A, B, & C.

From the December 18, 2000 AVE Damages Trial:
PX 2230A

From the November 21, 2000 BSC Liability Trial:
PX 2916, PX 3262, PX 3790-A, PX 3792, PX 3796

From the December 11, 2000 BSC Damages Trial:
PX 2230

From the February 7, 2001 Inequitable Conduct Hearing:
PX 3986, PX 3987

The Honorable Sue L. Robinson
March 2, 2005
Page 2

If the Court is inclined to grant this request, I would be grateful if a member of Your Honor's staff please would let me know as soon as possible, so that I can make arrangements to pick up these exhibits at a time that is convenient for the Court.

Respectfully,

/s/ Steven J. Balick

Steven J. Balick

SJB/dmf
154184.1

cc: Karen Jacobs Louden, Esquire (by hand)
Raphael V. Lupo, Esquire (via facsimile)
Josy W. Ingersoll, Esquire (by hand)
George E. Badenoch, Esquire (via facsimile)
Gregory L. Diskant, Esquire (via facsimile)