# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

March 3, 2005

Dr. Peter T. Dalleo  
Clerk of the Court  
United States District Court  
844 King Street  
Wilmington, DE 19801

VIA ELECTRONIC FILING

Re: *Cordis Corp. v. Medtronic AVE, Inc., et al.*, C.A. No. 97-550-SLR

*Medtronic Ave., Inc. v. Cordis Corporation, et al.*, C.A. No. 97-700-SLR

*Boston Scientific Corporation v. Ethicon, Inc., et al.*, C.A. No. 98-19-SLR

Dear Dr. Dalleo:

I represent Cordis Corporation in the above cases, which will be in trial before Chief Judge Robinson from March 4-11 and 17-24, 2005. I have reserved Attorney Conference Room #4204 from noon until 2:00 p.m. on each of those dates.

Parcels will be bringing in lunches for us on each of those dates, and will be coming back again to clean up the room afterward. I would appreciate your giving them the key and allowing them access to the room as needed.

Thank you very much for your assistance.

Very truly yours,

/s/ Steven J. Balick

Steven J. Balick

SJB/dmf  
154249.1

cc: Karen Jacobs Louden, Esquire (by e-filing)  
Raphael V. Lupo, Esquire (via facsimile)  
Josy W. Ingersoll, Esquire (by e-filing)  
George E. Badenoch, Esquire (via facsimile)  
Gregory L. Diskant, Esquire (via facsimile)