Cordis Corp.
v.
Medtronic AVE, Inc., Boston Scientific
Corp. and Scimed Life Systems, Inc.
Civil Action No. 97-550-SLR

Medtronic Vascular, Inc.
v.
Cordis Corporation, et al.
Civil Action No. 97-700-SLR

**VOIR DIRE TO JURY PANEL**

Good morning, ladies and gentlemen. I am Judge Robinson, and I will be presiding over the trial for which a jury is about to be drawn in the case captioned **Cordis Corp. v. Medtronic Vascular, Inc., et al.**. Briefly stated, this is a patent action arising under the patent laws of the United States involving stents, which are medical devises implanted in arteries.

The trial will last six days. I time my trials, so the attorneys have to complete their trial presentations within these limits. However, jury deliberations may require you to be present longer than six days. Our trial days will run approximately from 9:30 a.m. to 4:30 p.m..

In light of this brief summary, I will ask you certain questions, the purpose of which is to: (1) enable the court to determine whether or not any prospective juror should be excused for cause; and (2) enable counsel for the parties to exercise their individual judgment with respect to peremptory challenges, that is, challenges for which no reason need be given by counsel.

If any of you answer any question "yes," please stand up and, upon being recognized by the court, state your juror number. When I have concluded asking all the questions, we will call you to the bench individually to speak with you about your affirmative response or responses.

**HAVE CLERK ADMINISTER THE OATH TO THE PANEL**

1. You have been given a list of companies.

(a) Are you personally acquainted with any officer, director, or employee of any of those companies?

(b) Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of the companies?

(c) Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of the companies?

(d) Have you, any family member, or anyone close to you had any positive or negative experience with any products of any of those companies or otherwise have any strong feelings, positive or negative, toward any of these companies?

2. You have been given a list of the attorneys and law firms involved in this litigation. Are you related to, or personally acquainted with, any of those attorneys, or have you ever been represented by any of those attorneys or other associates or members of the listed law firms?

3. You have been given a list of the individuals who might appear as witnesses in this case. Are you related to, or personally acquainted with, any of those individuals?

4. Do you have any personal knowledge of this case, or have you read or heard it discussed, or have an opinion regarding it?

5. Have you ever been a plaintiff, a defendant, or a witness in a civil lawsuit?

6. Have you ever served as a juror in a civil lawsuit?

7. You have been given a list of subject areas. Have you, a close friend, or a family member ever been employed, trained, or had any experience in any of the listed areas?

8. Do you have any knowledge about or experience with patents, including applying for a patent?

9. Have you ever worked for a company that had patented products or processes?

10. Have you ever been involved in the development of a new product or process?

11. Have you, any member of your immediate family, or anyone close to you ever had any dealings with the United States Patent and Trademark Office?

12. Do you have any strong opinions about a patent granting exclusive rights to the inventors or their employer?

13. Do you believe it would be wrong for someone to profit

from his invention or discovery?

14. Do you believe that inventions in the medical field are not entitled to patent protection?

15. Have you or a close friend or family member ever been employed in a medical profession, or by a company that makes medical devices, pharmaceuticals or other medical products?

16. Have you or a close friend or family member ever been treated with a stent?

17. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

18. Do you know of any other matter which you believe should be called to the court's attention as having some bearing upon your qualifications or ability to sit as a juror, or which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law?

**COMPANIES**

Cordis Corp.

Medtronic Vascular, Inc.

Medtronic USA, Inc.

Medtronic, Inc.

Arterial Vascular Engineering (AVE)

Johnson & Johnson

Johnson & Johnson Interventional Systems, Inc.

Expandable Grafts Partnership

Ethicon, Inc.

Medtronic AVE, Inc.

Boston Scientific Corp.

Scimed Life Systems, Inc.

**ATTORNEYS**

<u>McDermott, Will & Emery</u>

Ralphael V. Lupo
Donna M. Tanguay
Mark G. Davis
D. Michael Underhill
Michael W. Connelly

<u>Morris, Nichols, Arsht & Tunnell</u>

Karen Jacobs Louden
Maryellen Noreika
Philip Bangle
Leslie A. Polizoti
Benjamin Schladweiler

<u>Patterson, Belknap, Webb & Tyler</u>

Gregory L. Diskant
William F. Cavanaugh
Eugene M. Gelernter
Michael J. Timmons
Scott B. Howard
Kathleen Crotty
Wendy Kemp Akbar
Christopher M.P. Jackson
Catherine Williams
Tara Herman

<u>Ashby & Geddes</u>

Steven J. Balick
Steven T. Margolin
John G. Day

<u>Johnson & Johnson</u>

Eric Harris

**WITNESSES**

Jeffrey Allen
George Andros
Rodney Badger
Richard Bevier
Matthew Birdsall
Michael D. Boneau
Craig Bonsignore
Nigel Buller
Stanley Carson
Paul Coletti
John Collins
William Cook
Robert Croce
Ann Eckert
Michael D. Ellwein
Robert Ersek
Brian Firth
Timothy Fischell
Julias Hammerslag
Richard Heuser
Bruce E. Koenig
John Kula
Robert Lashinski
Jason Lipow
John Milnamow
Patrick O'Neill
Amalia Palmaz
Julio Palmaz
Henry Piehler
Cynthia Ray
Stewart Reuter
Philip Romano
Richard Schatz
Patricia Scheller
Steve Schiess
Debra Shaver
Albert Shepherd
Randy Sibbitt
Joel Siegel
Scott Solano
Ronald Solar
Ben Tobor
Arina van Breda
Robert Wagoner

**SUBJECT AREAS**

Medical education or background

Mechanical engineering education or background

Coronary stents

Legal education or background

Science education or background

Medical device industry

Health industry

Medical profession