# Sealed Document

PDF created with FinePrint pdfFactory trial version http://www.pdffactory.com