IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC.,<br>BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.,<br><br>Defendants. | Case No. 97-550-SLR<br>(Consolidated) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Walter E. Hanley, Jr., Huiya Wu, Kevin J. Prey, Yariv Waks and Mark A. Chapman to represent Boston Scientific Corporation and Scimed Life Systems, Inc.

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion.

Dated: March 7, 2005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Josy W. Ingersoll (I.D. #1088)
Karen E. Keller (I.D. #4489)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600

Counsel for Defendants
BOSTON SCIENTIFIC CORPORATION,
and SCIMED LIFE SYSTEMS, INC.

WP3:1090253.1                                                                                       53480.1001

Of Counsel:

Charles R. Brainard
George E. Badenoch
Albert J. Breneisen
John W. Bateman
Mark Chapman
KENYON & KENYON
One Broadway
New York, New York 10004
(212) 425-7200

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac* vice of Walter E. Hanley, Jr., Huiya Wu, Kevin J. Prey, Yariv Waks and Mark A. Chapman is granted.

Dated: March ____, 2005

_____
United Stated District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Walter E. Hanley, Jr., Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Dated: February 28, 2005

Walter E. Hanley, Jr.
KENYON & KENYON
One Broadway
New York, NY 10004
(212) 425-7200

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Huiya Wu, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Huiya Wu
Kenyon & Kenyon
One Broadway
New York, NY 10004

Dated: February 28, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Kevin Jerome Prey, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the Commonwealth of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Kevin J. Prey

KENYON & KENYON
One Broadway
10th Floor
New York, NY 10004

Dated: 2/28/05

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I, Yariv Waks, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

_____
Yariv Waks
Kenyon & Kenyon
One Broadway
New York, NY 10004-1050

Dated: February 28, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Mark A. Chapman, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

*[signature]*
Mark A. Chapman
Kenyon & Kenyon
One Broadway
New York, NY  10004

Dated: March 1, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2005, I electronically filed the foregoing Motion for Admission *Pro Hac Vice* of Hanley, Wu, Prey, Waks and Chapman with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Steven J. Balick Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19801
>
>Karen Jacobs Louden, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

The parties above will also be served by hand delivery.

I hereby further certify that on March 7, 2005, I have sent by Federal Express and fascimile, the document to the following non-registered participants:

>Michael J. Timmons, Esquire
>Patterson, Belknap, Webb & Tyler
>1133 Avenue of the Americas
>20th Floor
>New York, NY 10036
>
>Raphael V. Lupo, Esquire
>D. Michael Underhill, Esquire
>McDermott, Will & Emery
>600 13th Street, N.W.
>Washington, D.C. 20005

*(signature)*
Karen E. Keller (I.D. #4489)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6600
kkeller@ycst.com

WP3:1090254.1                                                                                                     53480.1001