IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CORDIS CORPORATION,                )
                                   )
            Plaintiff,             )
                                   )
     v.                            )   Civ. No. 97-550-SLR
                                   )
MEDTRONIC VASCULAR,INC.,           )
                                   )
            Defendant.             )
_____     )

MEDTRONIC VASCULAR,INC.,           )
                                   )
            Plaintiff,             )
                                   )
     v.                            )   Civ. No. 97-700-SLR
                                   )
CORDIS CORPORATION, JOHNSON & )
JOHNSON, and EXPANDABLE            )
GRAFTS PARTNERSHIP,                )
                                   )
            Defendants.            )

**O R D E R**

At Wilmington this _16th_ day of March, 2005,

IT IS ORDERED that the Clerk of Court for the District of

Delaware be and is hereby directed to furnish lunch for eight (8)

jurors in the above entitled case for the dates of March 4, 7-11,

and 14, 2005.

_____
United States District Judge

cc:  Financial Administrator