IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 97-550-SLR |
| | ) | (Consolidated) |
| BOSTON SCIENTIFIC CORPORATION | ) | |
| and SCIMED LIFE SYSTEMS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| | ) | |
| BOSTON SCIENTIFIC CORPORATION | ) | |
| and SCIMED LIFE SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 98-019-SLR |
| | ) | |
| ETHICON, INC., CORDIS | ) | |
| CORPORATION and JOHNSON & | ) | |
| JOHNSON INTERVENTIONAL | ) | |
| SYSTEMS COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**SPECIAL VERDICT FORM**

We, the jury, unanimously find as follows:

**Infringement**

Has Cordis shown by a preponderance of the evidence that Boston Scientific's NIR stent infringes the limitation of claim 23 of the '762 patent requiring that the wall of a tubular member have a substantially uniform thickness?  (A "YES" answer to this question is a finding for Cordis.  A "NO" answer is a finding for Boston Scientific.)


YES  ✓  NO _____


**Invalidity**

Do you find that Boston Scientific has shown by clear and convincing evidence that claim 23 of the '762 patent is invalid due to obviousness?  (A "YES" answer is a finding for Boston Scientific.  A "NO" answer is a finding for Cordis.)

YES _____  NO  ✓

You must sign this Verdict Form.

Dated:    March 24    , 2005

_Raymond M. Martin_
FOREPERSON

_Angela Chappon_

_Joan E. Sloan_

_Mary Muzzetti_

_Dirk H. Illegsteen_

_P/ Orие_

_Stefan Wooters_

_[signature]_