IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>MEDTRONIC VASCULAR, INC.<br>BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.,<br><br>        Defendants. | Case No. 97-550-SLR<br>(Consolidated) |
| BOSTON SCIENTIFIC CORPORATION<br><br>        Plaintiff,<br><br>        v.<br><br>ETHICON, INC.,<br>CORDIS CORPORATION,<br>and JOHNSON & JOHNSON<br>INTERVENTIONAL SYSTEMS CO.<br><br>        Defendants. | Case No. 98-19-SLR |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the plaintiff Cordis Corporation ("Cordis") and by the defendants Boston Scientific Corporation and Scimed Life Systems, Inc. (collectively "BSC"), subject to the approval of the Court, that the following deadlines shall apply to the filing and service of the following motion and briefs:

1.  BSC shall file and serve its renewed motion for judgment as a matter of law and a new trial, and its opening brief in support of that motion, on or before April 19, 2005;

2.  Cordis shall file its answering brief in opposition to BSC's motion on or before May 5, 2005; and

3.  BSC shall file its reply brief in support of BSC's motion on or before May 19, 2005.

AGREED TO:

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ Steven J. Balick | [signature] |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2403) | Christian Douglas Wright (I.D. #3554) |
| 222 Delaware Avenue, 17th Floor | The Brandywine Building |
| Wilmington, Delaware  19899 | 1000 West Street, 17th Floor |
| (302) 654-1888 | Wilmington, Delaware 19899-0391 |
| sbalick@ashby-geddes.com | (302) 571-6600 |
|  | jingersoll@ycst.com |
| Attorneys for Cordis Corporation | Attorneys for Boston Scientific Corporation and Scimed Life Systems, Inc. |
| Dated: March 30, 2005 | Dated: March 30, 2005 |

SO ORDERED this _____ day of _____, 2005

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I, Josy W. Ingersoll, Esquire, hereby certify that on March 30, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick Esquire
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE  19899
>
>Karen Jacobs Louden Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE  19899-1347

I further certify that on March 21, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

>**BY E-MAIL**
>
>Michael J. Timmons, Esquire
>Patterson, Belknap, Webb & Tyler, LLP
>1133 Avenue of the Americas
>20th Floor
>New York, NY 10036

Raphael V. Lupo, Esquire
D. Michael Underhill, Esquire
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005-3096

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Boston Scientific Corporation
 and Scimed Life Systems, Inc.