IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 97-550-SLR |
| | ) (consolidated) |
| BOSTON SCIENTIFIC | ) |
| CORPORATION, MEDTRONIC | ) |
| VASCULAR, INC., and SCIMED | ) |
| LIFE SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

For reasons stated in the jury verdict of March 14, 2005;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Cordis Corporation and against defendant Medtronic Vascular, Inc.

_____
United States District Judge

Dated: March 31, 2005

_____
(By) Deputy Clerk