IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 97-550 (SLR) |
| v. ) | Consolidated |
| ) | |
| MEDTRONIC VASCULAR, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MEDTRONIC VASCULAR, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 97-700 (SLR) |
| ) | |
| v. ) | |
| ) | |
| CORDIS CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY AGREED by the parties, subject to the approval of the Court, that Medtronic AVE shall serve its renewed motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(b) and for a new trial pursuant to Rule 59 on or before April 14, 2005; Medtronic AVE shall serve its opening briefs in support of these motions on or before April 19, 2005; Cordis shall serve its answering briefs on or before May 5, 2005; and Medtronic AVE shall serve its reply briefs on or before May 19, 2005.

**MORRIS, NICHOLS, ARSHT & TUNNELL**       **ASHBY & GEDDES**

/s/ Leslie A. Polizoti                    /s/ Steven J. Balick

Karen Jacobs Louden (#2881)               Steven J. Balick (#2114)
Leslie A. Polizoti (#4299)                John G. Day (#2403)
1201 North Market Street                  222 Delaware Avenue
P.O. Box 1347                             Wilmington, Delaware 19801
Wilmington, Delaware 19899                (302) 654-1888
(302) 658-9200                            Attorneys for Cordis Corporation
Attorneys for Medtronic Vascular, Inc.

2

SO ORDERED, this _____ day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE