IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC.<br>BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.,<br><br>Defendants. | Case No. 97-550-SLR<br>(Consolidated) |
| BOSTON SCIENTIFIC CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>ETHICON, INC.,<br>CORDIS CORPORATION,<br>and JOHNSON & JOHNSON<br>INTERVENTIONAL SYSTEMS CO.<br><br>Defendants. | Case No. 98-19-SLR |

**AMENDED STIPULATION AND ORDER**

WHEREAS the Court previously approved a stipulated briefing schedule for post-trial motions (D.I. 1368), pursuant to which Boston Scientific Corporation and Scimed Life Systems, Inc. (collectively "BSC") would file their renewed motion for judgment as a matter of law and/or a new trial and opening brief in support of that motion on or before April 19, 2005, Cordis Corporation ("Cordis") would file and serve its answering brief in

opposition to BSC's motion on or before May 5, 2005, and BSC would file and serve its reply brief in support of its motion on or before May 19, 2005;

WHEREAS on March 31, 2005, the Court entered judgment against BSC (D.I. 1375), thereby making BSC's renewed motion for judgment as a matter of law and/or a new trial due no later than April 14, 2005;

IT IS HEREBY STIPULATED by Cordis and by BSC, subject to the approval of the Court, that:

1. BSC shall file and serve its renewed motion for judgment as a matter of law and/or a new trial on or before April 14, 2005;

2. The previously approved post-trial briefing schedule shall remain in effect, such that:

   a. BSC shall file and serve its opening brief in support of its renewed motion for judgment as a matter of law and/or a new trial on or before April 19, 2005;

   b. Cordis shall file and serve its answering brief in opposition to BSC's motion on or before May 5, 2005; and

   c. BSC shall file and serve its reply brief in support of its motion on or before May 19, 2005.

AGREED TO:

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ John G. Day | *(signature)* |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2403) | Christian Douglas Wright (I.D. #3554) |
| 222 Delaware Avenue, 17th Floor | The Brandywine Building |
| Wilmington, Delaware 19899 | 1000 West Street, 17th Floor |
| (302) 654-1888 | Wilmington, Delaware 19899-0391 |
| jday@ashby-geddes.com | (302) 571-6600 |
| | jingersoll@ycst.com |
| Attorneys for Plaintiff Cordis Corporation | Attorneys for Defendants Boston Scientific Corporation and Scimed Life Systems, Inc. |
| Dated: April 11, 2005 | Dated: April 11, 2005 |

 

SO ORDERED this ____ day of April, 2005

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Josy W. Ingersoll, Esquire, hereby certify that on April 12, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Karen Jacobs Louden Esquire
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>PO Box 1347
>Wilmington, DE 19899-1347

I further certify that on April 12, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY FEDERAL EXPRESS**

>Michael J. Timmons, Esquire
>Patterson, Belknap, Webb & Tyler, LLP
>1133 Avenue of the Americas
>20th Floor
>New York, NY 10036

WP3:1093545.1  53480.1001

Raphael V. Lupo, Esquire
D. Michael Underhill, Esquire
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005-3096


YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (#1088)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
jingersoll@ycst.com

Attorneys for Boston Scientific Corporation
 and Scimed Life Systems, Inc.