⹁AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF __Delaware__

Cordis
v.
Medtronic

## EXHIBIT AND WITNESS LIST

Case Number: 97-550-SLR, 97-700-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Balick | Jacobs-Laden |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/4/05, 3/7/05 - 3/11/05, 3/14/05 | Hawkins | Tassone |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 2650 | | 3/7/05 | | ✓ | Picture of Palmaz Shatz stent (Fischell) |
| 2940 | | | | ✓ | Physical Exhibit - Palmaz Shatz stent |
| 3260(e) | | | | ✓ | Physical Exhibit - BX Velocity stent |
| 1610 | | | | ✓ | Monograph (Palmaz) |
| 3641 | | | | ✓ | The Third Annual Course on Diagnostic + Therapeutic Angiography |
| 3658 | | | | ✓ | 2/2/83 Letter to Palmaz from Rosenbluth |
| | 3 | | | ✓ | U.S. Patent '762, 4/26/1988 |
| | 6 | | | ✓ | U.S. Patent '984, Schatz, 3/23/93 |
| | 380 | | | ✓ | 3/7/86 Letter to Bowman from Palmaz |
| 2933 | | | | ✓ | Picture |
| 651 | | | | ✓ | Minutes of Stent Project Review 3/15/88 |
| 7611 | | | | ✓ | Website ISET |
| 7648 | | | | ✓ | Website - ISES Night of Honors |
| 7607 | | | | ✓ | Website - Presidential Award Ceremony |
| | 483 | | | ✓ | 1969 Article, Dr. Dotter, Transluminally-placed... |
| | 10067 | | | ✓ | Article - Palmaz, Balloon Expandable Intravascular... |
| | 481 | | | ✓ | Article - 4/83 Transluminal Expandable Dotter... |
| | 473 | | | ✓ | Article - 9/84 Radiological Followup of... macsis |
| | 1921 | | | ✓ | International Application |
| | 3286 | | | ✓ | 4/83: Non-Surgical Placement of Arterial Grass |
| | 3953 | | | ✓ | U.S. Patent '568, Gianturco |
| (94) | 3952 | | | ✓ | U.S. Patent '374 Hammerslag, 12/24/85 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __5__ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

Cordis vs. Medtronic   CASE NO. 97-550-SLR, 97-700-SLR

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 3968 | 3/7/05 | | ✓ | U.S. Patent '545, 11/19/85, Maass et al. (Palmaz) |
| | 10139 | | ✓ | | DVD clip of Interview |
| | 3573 | | | ✓ | Monograph - 1983, Research Project 5/18/83 |
| | 3961 | | | ✓ | U.S. Patent '458 Wiktor, 11/13/90 |
| 186 | | | | ✓ | Article - Device that opens Clogged Arteries... (Croce) |
| 3262A | | | | ✓ | Picture of Velocity Stent |
| | 2798 | | | ✓ | 1/8/97 Letter to Distributor Acceleration 1997 Product Releases |
| | 4555 | | | ✓ | Franchise Strategic Plan - Cordis |
| | 3416 | | | ✓ | Cordis Cardiology Systems 1998, Marketing + Sales Plan |
| 7275 | | | | ✓ | John M. Collins, Ph.D. - CV (Collins) |
| 7482(A+B) | | | | ✓ | Microstent - picture |
| 7502(A+B) | | | | ✓ | GFX - picture |
| 3252(A+B) | | | | ✓ | - picture stent |
| 43 | | | | ✓ | Unique Stent Design - Continuously Connect Sinusoidal Element |
| 42 | | | | ✓ | AVE Stent, GFX, USA 7/18/97 |
| 151 | | | | ✓ | AVE, Stent, MSII, MSIIXL and MS 2.5, USA |
| 3585 | | | | ✓ | Ring, GFX II, Mechanically Polished + Annealed |
| 49 | | | | ✓ | Stent, GFX II 1/21/98 |
| 2375 | | | | ✓ | Microstent II Final Configuration |
| 7648 | | | | ✓ | Process Instruction |
| 2577 | | | | ✓ | Dimensional Verification of Rotary Swaged AVE GFX™ 12mm stent 1/97 |
| 2613 | | | | ✓ | DVR#0407 - Dimensional Verification of the GFX II stent |
| 41 | | | | ✓ | GFX + GFX XL - Dimensional Verification |
| 2372 | | | | ✓ | 5.5.1.1. Dimensional Verification |
| | 1022 | | | ✓ | U.S. Patent '556, Demopulos, et al. 8/22/00 |
| | 4029 | | | ✓ | U.S. Patent '899, 11/29/88, Lazarus |
| | 2814 | | | ✓ | Cordis memo to Croce from Jordan 5/15/98 |

Page 2 of 5 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

Cordis vs. Medtronic    CASE NO. 97-550-SLR, 97-700-SLR

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 105 | 3/8/05 |  | ✓ | AVE AttackPack + Comparative Overview (Collins) |
|  | 1022 |  |  | ✓ | TIAX-LLC Services-Overview |
| 7653 |  |  |  | ✓ | AVE S.4.7 Uniformity 6FK Stent |
| 7678 |  |  |  | ✓ | CV of Nigel Buller (Buller) |
| 188 |  |  |  | ✓ | Article "Crackers, Breakers, Stretchers, Drillers" |
| 185 |  |  |  | ✓ | Editorial – Coronary Artery Stents + other... |
| 2075 |  |  |  | ✓ | Abstracts from the 66th Scientific Session 11/8-11/11/98 |
| 225 |  |  |  | ✓ | Intracoronary Stenting, Ruygrok |
| 227 |  |  |  | ✓ | 8/25/94 A Comparison of Balloon Expandable serruys... |
| 228 |  |  |  | ✓ | 8/25/94 Fishman, M.D. A Randomized comparison... |
| 1 |  |  |  | ✓ | U.S. Patent '665, Palmaz |
| 4 |  |  |  | ✓ | U.S. Patent '762, Palmaz |
| 274 |  |  | ID |  | Handbook |
| 275 |  |  | ID |  | Handbook |
| 276 |  |  | ID |  | Handbook |
| 277 |  |  |  | ✓ | Handbook Excerpt – chapter – Coronary Stenting current perspectives |
| 7626 |  |  | ID |  | Handbook |
| 3810 |  |  |  | ✓ | Endoluminal Excerpts Stenting |
| 2204 |  |  |  | ✓ | Chapter – Clinical Use of the Palmaz-Schatz... |
| 95 | (2024) |  |  | ✓ | U.S. Patent, '144, Ersek |
| 4042 |  |  |  | ✓ | Declaration of George Andros, M.D. |
| 12 |  |  |  | ✓ | File Wrapper – '762 Patent |
| 13 |  |  |  | ✓ | File Wrapper – '762 Patent (Vol 2) |
| 14 |  |  |  | ✓ | File Wrapper '762 Patent (Vol 3) |
| 2216 |  |  |  | ✓ | Radiology November/1984 |
| 7691 |  |  |  | ✓ | Picture Palmaz-Schatz, BX Velocity, Cypher |
| 5 |  |  |  | ✓ | U.S. Patent, '417, Palmaz, 4/7/92 |

Page 3 of 5 Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

Cordis vs. Medtronic   CASE NO. 97-550-SLR, 97-700-SLR

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 101 | | 3/8/05 | | ✓ | Expandable Intraluminal Graft: Palmaz A Preliminary Study (Buller) |
| 3714 | | | | ✓ | AVE Product Evolution |
| 144 | | | | ✓ | Tracheobronchial Tree: Expandable Metallic Stents |
| 143 | | | | ✓ | Stenosis of the Vena Cava: Preliminary assessment... |
| 207 | | | | ✓ | Flexible Balloon-expanded stent for small vessels |
| 7552 | | | | ✓ | Stent - picture |
| | 1950 | | | ✓ | Intravascular Stents, Palmaz, M.D. |
| | 2599 | | | ✓ | License agreement Hammersley |
| 7620 | | 3/9/05 | | ✓ | Directions for use - Palmaz-Schatz Balloon exp. stent |
| | 806 | | | ✓ | physical exhibit - Gianturco G Stent |
| | 10219 | | | ✓ | physical Exhibit   (Allen) |
| | 10165B | | | ✓ | picture 15kV x18 1mn 51 40 |
| | 10165A | | | ✓ | picture 15kV x200 1 9 40 |
| | 10166B | | | ✓ | picture · x18 1mm 000 50 40 |
| | 10166A | | | ✓ | picture - 15kV x300 50 20 40 |
| AVE 13 | | | | ✓ | package |
| AVE 14 | | | | ✓ | package |
| | 10167B | | | ✓ | picture x18 1mm 48 40 |
| | 10167A | | | ✓ | picture - x300 50 21 40 |
| AVE 10094 | | | | ✓ | Specification stent MS11 x 1 + MS 2.5 USM |
| AVE 10209 | | | | ✓ | Volume 5 - Stent Testing |
| AVE 10209A | | | | ✓ | Finite Element Analysis of the GFX Cardiovascular Stent |
| AVE 10209B | | | | ✓ | Finite Element Analysis of GFX2 Cardiovascular Stent... |
| AVE 10218 | | | | ✓ | Volume 3 Description |
| AVE 10214 | | | | ✓ | Section V In Vitro Testing |
| 6175 | | | | ✓ | Resume - Wagoner |
| 10010A | | | | ✓ | Picture stent/artery   (Ersek) |

Page 4 of 5 Pages

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

Cordis vs. Medtronic      CASE NO. 97-550-SLR  97-700-SLR

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 10010B | | 3/9/05 | | ✓ | Picture - Stent/artery (Eisek) |
| 10010C | | | | ✓ | Picture - Stent/artery |
| 10010D | | | | ✓ | Picture - Stent/artery |
| 10008 | | | | ✓ | Grant Application |
| 10009 | | | | ✓ | Grant Application - Heart Valve Transplantation - Bush Foundation |
| 10021 | | | | ✓ | Grant Application - Heart Valve Transplantation |
| | 10224 | 3/10/05 | | NO | Consulting agreement |
| | 10225 | | | NO | Newsletter |
| | 10157 | | | ✓ | Resume - Henry Piehler (Piehler) |
| | 10041 I | | Dem | | Demonstrative - physical |
| | 10041 G | | Dem | | Demonstrative - physical |
| 7408 | | | | ✓ | 3/21/67 R.L. Dave ETAL 3,310,437 figures |
| 7686 | | | Dem | | Demonstrative Physical - piece of large expanded metal |
| | 1145 | | | ✓ | CV of Van Breda (Van Breda) |
| | 3303 | | | ✓ | Self-Expanding Endovascular Prosthesis: An Experimental study |
| | 84 | | | ✓ | Normal + Stenotic Renal Arteries... Palmaz |
| 854 | | | | ✓ | Defining Coronary Restenosis, Kuntz |
| 7002 | | | | NO | |
| | 10164 | | | ✓ | CV - Heuser (Heuser) |
| | 10081 | | | ✓ | (Redacted) - serial No. 25815 Patent No. 3657744 |
| | 13013 | | | ✓ | Higher Balloon dilatation pressure in Coronary angioplasty |
| | 144 | | | ✓ | Malpositioned Biliary Endoprosthesis |
| | 153 | | | ✓ | American Journal of Roentgenology |
| 7172 | | | | ✓ | Transluminally-placed Coil spring Endarterial Tube Graft |
| 7005 | | | | ✓ | Surfact in Biomaterials, Spring 2004 |

Page 5 of 5 Pages