IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC.<br>BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.,<br><br>Defendants. | Case No. 97-550-SLR<br>(Consolidated) |
| BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ETHICON, INC.,<br>CORDIS CORPORATION, and<br>JOHNSON & JOHNSON<br>INTERVENTIONAL SYSTEMS CO.<br><br>Defendants. | Case No. 98-19-SLR |

**PROPOSED ORDER**

Defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) (collectively "BSC"), having moved pursuant to Fed. R. Civ. P. 50(b) and 59 for judgment as a matter of law of noninfringement and obviousness of claim 23 of U.S. Patent No. 4,739,762, and, in the alternative, for a new trial on infringement and obviousness, and the Court, having concluded that good cause exists for the requested relief,

IT IS on this \_\_\_\_ day of _____, 2005,

ORDERED that BSC's motion is GRANTED.

_____
The Honorable Sue L. Robinson
Chief Judge, United States District Court