IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, ) | | |
|       *Plaintiff,* ) | | |
|   v. ) | | |
| MEDTRONIC VASCULAR, INC., BOSTON ) | C.A. No. 97-550-SLR | |
| SCIENTIFIC CORPORATION, and SCIMED ) | | |
| LIFE SYSTEMS, INC., ) | | |
|       *Defendants.* ) | | |
| ) | | |
| MEDTRONIC VASCULAR, INC., ) | | |
|       *Plaintiff,* ) | | |
|   v. ) | C.A. No. 97-700-SLR | |
| CORDIS CORPORATION, JOHNSON & JOHNSON ) | | |
| and EXPANDABLE GRAFTS PARTNERSHIP, ) | | |
|       *Defendants.* ) | | |
| ) | | |
| BOSTON SCIENTIFC CORPORATION ) | | |
| and SCIMED LIFE SYSTEMS, INC., ) | | |
|       *Plaintiffs,* ) | C.A. No. 98-19-SLR | |
|   v. ) | | |
| ETHICON, INC.; CORDIS CORPORATION; and ) | | |
| JOHNSON & JOHNSON INTERVENTIONAL ) | | |
| SYSTEMS CO., ) | | |
|       *Defendants.* ) | | |

**CORDIS' MOTION TO REINSTATE
AND UPDATE THE DAMAGE VERDICTS AGAINST AVE AND BSC**

Cordis Corporation hereby moves the Court to: (1) reinstate the damages verdicts from December 2000 in these actions; (2) award prejudgment interest at the prime rate compounded monthly; and (3) direct BSC and Cordis to try to reach an agreement concerning damages for post-verdict sales of the NIR stent. The basis for this motion is set forth in the accompanying opening brief and the exhibits thereto.

        ASHBY & GEDDES

        /s/ *John G. Day*

        _____
        Steven J. Balick (#2114)
        John G. Day (#2403)
        222 Delaware Avenue, 17th Floor
        P.O. Box 1150
        Wilmington, DE  19899
        (302) 654-1888
        sbalick@ashby-geddes.com
        jday@ashby-geddes.com

        *Attorneys for Cordis Corporation*

*Of Counsel:*

Gregory L. Diskant
William F. Cavanaugh, Jr.
Eugene M. Gelernter
Michael J. Timmons
Scott B. Howard
Kathleen Crotty
Rosa E. Son
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036
(212) 336-2000

Eric I. Harris
JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, NJ  08933-7002

Dated:  April 19, 2005
156118.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2005, the attached **CORDIS' MOTION TO REINSTATE AND UPDATE THE DAMAGE VERDICTS AGAINST AVE AND BSC** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| Raphael V. Lupo, Esquire<br>McDermott, Will & Emery<br>600 13th Street, N.W.<br>Washington, D.C.  20005 | VIA FEDERAL EXPRESS |
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  19801 | HAND DELIVERY |
| George E. Badenoch, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY  10004 | VIA FEDERAL EXPRESS |

                         /s/ *John G. Day*
                         John G. Day