# EXHIBIT 1

```
                                                                  1

 1                    IN THE UNITED STATES DISTRICT COURT

 2                    IN AND FOR THE DISTRICT OF DELAWARE

 3                                 - - -

 4     CORDIS CORP.,                     :    CIVIL ACTION
                 Plaintiff               :
 5          vs.                          :
       MEDTRONIC AVE, INC.,              :
 6     BOSTON SCIENTIFIC CORP.           :
       and SCIMED LIFE SYSTEMS, INC.,    :
 7              Defendants               :    NO. 97-550 (SLR)
       ----------------------------------:
 8     MEDTRONIC AVE, INC.,              :    CIVIL ACTION
                 Plaintiff               :
 9          vs.                          :
       CORDIS CORPORATIKN, JOHNSON &     :
10     JOHNSON and EXPANDABLE GRAFTS     :
       PARTNERSHIP                       :
11              Defendants               :    NO. 97-700 (SLR)
       ----------------------------------:
12     BOSTON SCIENTIFIC CORPORATION,    :    CIVIL ACTION
                 Plaintiff               :
13          vs.                          :
       ETHICON, INC., CORDIS CORPORATION :
14     and JOHNSON & JOHNSON             :
       INTERVENTIONAL SYSTEMS CO.,       :
15              Defendants               :    NO. 98-19 (SLR)
       ----------------------------------:
16
                                   - - -
17
                              Wilmington, Delaware
18                            Thursday, February 10, 2005
                              5:07 o'clock, p.m.
19
                                   - - -
20
       BEFORE:  HONRABLE SUE L. ROBINSON, Chief Judge
21
                                   - - -
22

23                            Valerie J. Gunning
                              Official Court Reporter
24

25
```

```
 1    there are any other issues with respect to other
 2    proceedings.  I know there's an issue with respect to the
 3    use of the verdict in this case for the arbitration with
 4    respect to whether the ACS Multi-link is covered by this
 5    patent, and I think that's an important issue, and I
 6    would like to hear from you folks about that, because
 7    it's difficult for me, the ACS stent of all the stents
 8    that were at issue initially was the stent that most
 9    closely -- was most closely patterned after some of the
10    claims because it's a tube, if slots were taken out.
11            You know, so it's hard for me to imagine
12    that there's a real issue here, but obviously, I'm not
13    an advocate, I've just sat through this testimony
14    enough.
15            So, Mr. Underhill, why is it that you think
16    Cordis has to prove this once again?  And I assume you're
17    only bringing this up because somewhere you believe they
18    are precluded from proving it in this trial.  Otherwise,
19    we're just talking about ten minutes of testimony?
20            MR. UNDERHILL:  Your Honor, we believe that
21    they can put on testimony with respect to the ACS.  What
22    they can't do is rely upon the arbitration decision.
23            The arbitration decision was under a
24    different claim construction.  It was under a different
25    claim construction with respect to substantially uniform
```