# EXHIBIT 3

546

```
 1                       - VOLUME C -
                IN THE UNITED STATES DISTRICT COURT
 2              IN AND FOR THE DISTRICT OF DELAWARE
                              - - -
 3
     CORDIS CORPORATION,            :      CIVIL ACTION
 4           Plaintiff              :
                                    :
 5        vs.                       :
                                    :
 6   MEDTRONIC AVE, INC., BOSTON    :
     SCIENTIFIC CORPORATION and     :
 7   SCIMED LIFE SYSTEMS, INC.,     :
             Defendants             :      NO. 97-550 (SLR)
 8                            - - - - -
     BOSTON SCIENTIFIC CORPORATION  :      CIVIL ACTION
 9   and SCIMED LIFE SYSTEMS, INC., :
             Plaintiffs             :
10                                  :
          vs.                       :
11                                  :
     ETHICON, INC., CORDIS CORP.    :
12   and JOHNSON & JOHNSON          :
     INTERVENTIONAL SYSTEMS CO.,    :
13           Defendants             :      NO. 98-19 (SLR)

14                            - - - - -

15   CORDIS CORPORATION,            :      CIVIL ACTION
             Plaintiff              :
16                                  :
          vs.                       :
17                                  :
     MEDTRONIC AVE, INC., BOSTON    :
18   SCIENTIFIC CORPORATION and     :
     SCIMED LIFE SYSTEMS, INC.,     :
19           Defendants             :      NO. 98-197 (SLR)

20                            - - -
                                    Wilmington, Delaware
21                                  Monday, March 21, 2005
                                    9:05 o'clock, a.m.
22                            - - -
     BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge, and a jury
23                            - - -
                                    Valerie J. Gunning and
24                                  Leonard A. Dibbs,
                                    Official Court Reporters
25
```

704

1  invention obvious or anticipated.
2  Q.     And why is it that you believe that Dr. Palmaz's
3  combination of elements in Claim 23 is not obvious?
4  A.     Because it is a truly unique combination.  You
5  can't as I said previously think did Dr. Palmaz invent
6  slots, did he invent a tube, did he invent metal.  What
7  he invented was this unique combination that you put
8  together to allow patients to be treated without major
9  surgery, to allow a procedure to be done through the
10 lumen without opening up exposing, cutting or doing any
11 of the sort of things that Ersek taught.
12 Q.     Let's take a look at Claim 23 again.
13        Now, Mr. Badenoch asked you some questions
14 about commercially successful coronary balloon expandable
15 stents.  And I'm not sure he was focusing exactly on
16 what your testimony was.
17        Do you have an opinion as to the relationship
18 between the elements set forth in Claim 23 and successful
19 balloon expandable coronary stents?
20 A.     Yes.  I believe that all of the successful balloon
21 expandable coronary stents use this unique combination of
22 elements as put forward in Dr. Palmaz's Claim 23 of his
23 '762 patent.  They use this combination of elements in
24 the way that Dr. Palmaz taught.
25 Q.     Do they all have first diameters for intraluminal

707

1   Guidant, ACS company.  Again, here are the slots running
2   around and that allow it to open up.  All of the
3   commercially expandable commercially balloon expandable
4   stents use the invention of a slotted tube structure that
5   can open up to a second diameter to support the passageway.
6   Q.    Let's add Cordis' BX Velocity.  Does Cordis' BX
7   Velocity use the slots of Claim 23?
8   A.    Yes.  It's the one that has the right to do so.
9   It practices Dr. Palmaz's invention.  Here is the stent,
10  the BX Velocity.  It's the same basic stent that produces
11  the Cipher, the drug-eluting stent and here is the slot,
12  here it's running around the circumference and this is
13  what allows it to expand and support the wall.
14            And you can see the similarity.  Here is the
15  Cordis product.  Here's the Boston SciMed product.
16  Here's the AVE product, here's the ACS product.  They
17  are all using Dr. Palmaz's invention.
18  Q.    Is there any dispute in this case that BSC's NIR
19  stent has longitudinal slots?
20  A.    No.  I don't think there's any dispute.
21  Q.    In fact, is there any dispute in this case about
22  any limitation at all except whether the NIR stent has
23  a wall substantially -- of substantially uniform
24  thickness?
25  A.    My understanding is that Boston SciMed are not

```
                                                                    1

 1                          - VOLUME A -
                   IN THE UNITED STATES DISTRICT COURT
 2                 IN AND FOR THE DISTRICT OF DELAWARE
                                 - - -
 3
     CORDIS CORPORATION,              :    CIVIL ACTION
 4           Plaintiff                :
                                      :
 5        vs.                         :
                                      :
 6   MEDTRONIC AVE, INC., BOSTON      :
     SCIENTIFIC CORPORATION and       :
 7   SCIMED LIFE SYSTEMS, INC.,       :
             Defendants               :    NO. 97-550 (SLR)
 8                               - - - - -
     BOSTON SCIENTIFIC CORPORATION    :    CIVIL ACTION
 9   and SCIMED LIFE SYSTEMS, INC.,   :
             Plaintiffs               :
10                                    :
          vs.                         :
11                                    :
     ETHICON, INC., CORDIS CORP.      :
12   and JOHNSON & JOHNSON            :
     INTERVENTIONAL SYSTEMS CO.,      :
13           Defendants               :    NO. 98-19 (SLR)

14                               - - - - -

15   CORDIS CORPORATION,              :    CIVIL ACTION
             Plaintiff                :
16                                    :
          vs.                         :
17                                    :
     MEDTRONIC AVE, INC., BOSTON      :
18   SCIENTIFIC CORPORATION and       :
     SCIMED LIFE SYSTEMS, INC.,       :
19           Defendants               :    NO. 98-197 (SLR)

20                               - - -
                                      Wilmington, Delaware
21                                    Thursday, March 17, 2005
                                      9:35 o'clock, a.m.
22                               - - -
         BEFORE:  HONORABLE SUE L. ROBINSON, Chief Judge, and a jury
23                               - - -
                                           Valerie J. Gunning and
24                                         Leonard A. Dibbs,
                                           Official Court Reporters
25
```

Fischell - cross                              200

1   Palmaz was the only one that improved the long-term
2   results.
3           So it was, even though it was only
4   technically labeled for fixing torn vessels from balloons,
5   as I already alluded to, almost every vessel is torn by
6   balloons. You could have used it if you wanted, but it
7   wasn't as good a stent.
8   Q.   Anyway, between '94 and '97, Cordis essentially
9   has the market to itself and then other companies, like
10  Boston Scientific, introduce more flexible stents; right?
11  A.   They introduced -- they bought Medinol or did a
12  marketing arrangement with Medinol and introduced, I
13  guess in 1998, the Nir stent.
14  Q.   And other companies also introduced more flexible
15  stents?
16  A.   Guidant introduced a stent called the Multi-Link
17  stent, which was again sort of a second-generation stent
18  that used Palmaz structures and was more flexible and
19  was very widely and quickly adopted. It was a second-
20  generation. They said, Hey, we can do better, make it
21  a little more flexible, maybe. We see Dr. Palmaz's
22  piece in there. We can maybe tweak that, make it a
23  little better and sell a lot of stents. Very competitive
24  market.
25  Q.   And I think you just mentioned that the Nir stents

Fischell - cross                              201

```
 1   were more flexible?
 2   A.    I believe they were.  That's one reason that they
 3   began to pick up market share from the original
 4   Palmaz/Schatz stents.  They were viewed as a little easier
 5   to push down the coronaries.
 6   Q.    Once those stents came in, Palmaz/Schatz was
 7   effectively driven right off the market; right?
 8   A.    Certainly, the Palmaz/Schatz stent, because of
 9   stents like the Nir and the Guidant stents, all of which
10   used the Palmaz invention, but they all came in, saw a
11   lot of money to be made and began selling stents to
12   compete with Johnson & Johnson, yes.
13   Q.    And the reason they drove the Palmaz/Schatz off
14   the market is because they were more flexible; right?
15   A.    I think I already said, I think they were more
16   flexible and that's why they were accepted.
17   Q.    You, yourself, started to use those new stents, the
18   Nir stent, once they were introduced?
19   A.    Yes.  I think the Nir and the Multi-Link stents
20   were easier to use.  They had the same sort of
21   scaffolding properties that the Palmaz stent had and
22   gave similar long-term results as the Palmaz, unlike the
23   Cook stent, and they were a second generation that were,
24   in my opinion, you know, a slightly better, better
25   mousetrap than the original Palmaz/Schatz, even though
```