IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | C.A. No. 97-550-SLR |
| | ) | |
| MEDTRONIC VASCULAR, INC., BOSTON SCIENTIFIC CORPORATION., and SCIMED LIFE SYSTEMS, INC., | ) ) ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION and SCIMED LIFE SYSTEMS, INC., | ) ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | C.A. No. 98-19-SLR |
| v. | ) | |
| | ) | |
| ETHICON, INC., CORDIS CORPORATION, and JOHNSON & JOHNSON INTERVENTIONAL SYSTEMS COMPANY, | ) ) ) | |
| | ) | |
| *Defendants*. | | |

**CORDIS' CROSS-MOTION TO AMEND THE JUDGMENT**

Cordis Corporation hereby respectfully moves to amend the orders of judgment involving Boston Scientific Corporation and Scimed Life Systems, Inc. in the above actions (D.I. 1375 in C.A. No. 97-550-SLR; and D.I. 188 in C.A. No. 98-019-SLR). The grounds for this motion, and Cordis' proposed form of order, are set forth in Cordis' Combined: (i) Answering Brief in Opposition to BSC's Motion to Amend the Judgment; and (ii) Opening Brief in Support of its

Cross-motion to Amend the Judgment, which is being served and filed contemporaneously herewith.

          ASHBY & GEDDES

          */s/ Steven J. Balick*
          _____
          Steven J. Balick (I.D. #2114)
          John G. Day (I.D. #2403)
          222 Delaware Avenue, 17th Floor
          P.O. Box 1150
          Wilmington, DE  19801
          (302)645-1888
          *Attorneys for Cordis Corporation*

*Of Counsel*:

Gregory L. Diskant
William F. Cavanaugh, Jr.
Eugene M. Gelernter
Michael J. Timmons
Scott B. Howard
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
212-336-2999

Dated:  April 28, 2005
156644.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April, 2005, the attached **CORDIS'**

**CROSS-MOTION TO AMEND THE JUDGMENT** was served upon the following counsel of

record in the manner indicated:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Raphael V. Lupo, Esquire<br>McDermott, Will & Emery<br>600 13th Street, N.W.<br>Washington, D.C.  20005-3096 | VIA FEDERAL EXPRESS |
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| George E. Badenoch, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY  10004 | VIA FEDERAL EXPRESS |

*/s/ Steven J. Balick*
_____
Steven J. Balick