## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2005, the attached **CORDIS' COMBINED: (i) ANSWERING BRIEF IN OPPOSITION TO BSC'S MOTION TO AMEND THE JUDGMENT; AND (ii) OPENING BRIEF IN SUPPORT OF ITS CROSS-MOTION TO AMEND THE JUDGMENT** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| Raphael V. Lupo, Esquire<br>McDermott, Will & Emery<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096 | VIA FEDERAL EXPRESS |
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | HAND DELIVERY |
| George E. Badenoch, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | VIA FEDERAL EXPRESS |

*/s/ Steven J. Balick*

Steven J. Balick