IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 97-550 (SLR) |
| v. ) | Consolidated |
| ) | |
| MEDTRONIC VASCULAR, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| MEDTRONIC VASCULAR, INC., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 97-700 (SLR) |
| ) | |
| v. ) | |
| ) | |
| CORDIS CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND ORDER

IT IS HEREBY AGREED by the parties, subject to the approval of the Court, that Medtronic AVE shall serve its response to Cordis' Motion To Reinstate And Update The Damages Verdicts Against AVE and BSC (D.I. 1393, 1394) on or before May 17, 2005.

| MORRIS, NICHOLS, ARSHT & TUNNELL | ASHBY & GEDDES |
|---|---|
| /s/ Leslie A. Polizoti | /s/ Steven J. Balick |
| _____ | _____ |
| Karen Jacobs Louden (#2881) | Steven J. Balick (#2114) |
| Leslie A. Polizoti (#4299) | John G. Day (#2403) |
| 1201 North Market Street | 222 Delaware Avenue |
| P.O. Box 1347 | Wilmington, Delaware 19801 |
| Wilmington, Delaware 19899 | (302) 654-1888 |
| (302) 658-9200 | Attorneys for Cordis Corporation |
| Attorneys for Medtronic Vascular, Inc. | |

SO ORDERED, this _____ day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE