# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 97-550-SLR |
| | ) | (Consolidated) |
| MEDTRONIC VASCULAR, INC. | ) | |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| and SCIMED LIFE SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 98-19-SLR |
| | ) | |
| ETHICON, INC., | ) | |
| CORDIS CORPORATION, | ) | |
| and JOHNSON & JOHNSON | ) | |
| INTERVENTIONAL SYSTEMS CO. | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND ORDER

WHEREAS on April 14, 2005, Defendants Boston Scientific Corporation and

Scimed Life Systems, Inc. (collectively "BSC") filed a motion to amend the judgment

(D.I. 1382);

WHEREAS on April 28, 2005, Plaintiff Cordis Corporation ("Cordis") filed a

cross-motion to amend the judgment (D.I. 1400) and a combined answering brief in

opposition to BSC's motion to amend the judgment and opening brief in support of

Cordis' cross-motion to amend the judgment (D.I. 1401);

WHEREAS BSC's reply brief in support of BSC's motion is due on May 5, 2005

and BSC's answering brief in opposition to Cordis's cross-motion is due on May 12,

2005;

WHEREAS extending the due date for BSC's reply brief from May 5, 2005 to

May 12, 2005 would permit BSC to file a combined reply brief and answering brief on

May 12, 2005 instead of a separate reply brief and answering brief;

IT IS HEREBY STIPULATED by Cordis and by BSC, subject to the approval of

the Court, that BSC shall file and serve its combined reply brief in support of BSC's

motion and answering brief in opposition to Cordis's motion on May 12, 2005;

AGREED TO:

ASHBY & GEDDES                         YOUNG CONAWAY STARGATT &
                                       TAYLOR, LLP


___/s/ John G. Day_____    _Karen E. Keller_____
Steven J. Balick (I.D. #2114)           Josy W. Ingersoll (I.D. #1088)
John G. Day (I.D. #2403)                Karen E. Keller (I.D. #4489)
222 Delaware Avenue, 17th Floor         The Brandywine Building
Wilmington, Delaware  19899             1000 West Street, 17th Floor
(302) 654-1888                          Wilmington, Delaware 19899-0391
                                        (302) 571-6600

Attorneys for Plaintiff Cordis Corporation    Attorneys for Defendants Boston Scientific
                                              Corporation and Scimed Life Systems, Inc.


Dated: May 4, 2005                      Dated: May 4, 2005

SO ORDERED this ____ day of May, 2005


                         _____
                         Chief Judge


2

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on May 4, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE  19899
>
> Karen Jacobs Louden Esquire
> Morris Nichols Arsht & Tunnell
> 1201 North Market  Street
> PO Box 1347
> Wilmington, DE  19899-1347

I further certify that on May 4, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY FEDERAL EXPRESS

> Michael J. Timmons, Esquire
> Patterson, Belknap, Webb & Tyler, LLP
> 1133 Avenue of the Americas
> 20th Floor
> New York, NY 10036

Raphael V. Lupo, Esquire
D. Michael Underhill, Esquire
McDermott, Will & Emery
600 13th Street, N.W.
Washington, DC 20005-3096


YOUNG CONAWAY STARGATT & TAYLOR, LLP

*Karen E Keller*

Karen E. Keller  (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

Attorneys for Boston Scientific Corporation
  and Scimed Life Systems, Inc.