IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, )<br>)<br>Plaintiff, )<br>) C.A. No. 97-550-SLR<br>v. )<br>)<br>MEDTRONIC VASCULAR, INC., )<br>BOSTON SCIENTIFIC CORPORATION, and )<br>SCIMED LIFE SYSTEMS, INC., )<br>)<br>Defendants. )<br>) | |
| BOSTON SCIENTIFIC CORPORATION, )<br>)<br>Plaintiff, )<br>) C.A. No. 98-19-SLR<br>v. )<br>)<br>ETHICON, INC., CORDIS )<br>CORPORATION, and JOHNSON & )<br>JOHNSON INTERVENTIONAL SYSTEMS )<br>CO., )<br>)<br>Defendants. ) | |

**STIPULATED ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between Cordis Corporation ("Cordis") and Boston Scientific Corporation and Scimed Life Systems, Inc. ("BSC"), subject to the approval and order of the Court, that:

1. the deadline by which Cordis' reply brief shall be due in support of its motion to reinstate and update the damages verdict (D.I. 1393) against BSC is extended through and including May 17, 2005; and

2.  the deadline by which BSC's reply brief shall be due in support of its renewed motion for judgment as a matter of law and, in the alternative, for a new trial (D.I. 1385) is extended through and including May 25, 2005.

| ASHBY & GEDDES | YOUNG, CONAWAY, STARGATT & TAYLOR |
|---|---|
| */s/ Steven J. Balick* | */s/ Josy W. Ingersoll* |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. # 1088) |
| John G. Day (I.D. #2403) | Karen E. Keller (I.D. #4489) |
| 222 Delaware Avenue, 17th Floor | The Brandywine Building |
| Wilmington, DE 19801 | 100 West Street, 17th Floor |
| 302-654-1888 | Wilmington, DE 19801 |
| sbalick@ashby-geddes.com | 302-571-6600 |
| jday@ashby-geddes.com | jingersoll@ycst.com |
|  | kkeller@ycst.com |
| *Attorneys for Cordis Corporation* | *Attorneys for Boston Scientific Corporation and Scimed Life Systems, Inc.* |

SO ORDERED this _____ day of _____, 2005.

_____
Chief Judge

157032.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2005, the attached **STIPULATED ORDER** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | HAND DELIVERY |
| Raphael V. Lupo, Esquire<br>McDermott, Will & Emery<br>600 13th Street, N.W.<br>Washington, D.C.  20005 | VIA ELECTRONIC MAIL |

*/s/ Steven J. Balick*

Steven J. Balick

133951.1