IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, )<br>　　　　　Plaintiff, )<br>　　v. )<br>MEDTRONIC AVE, INC., et al., )<br>　　　　　Defendants. )<br>　　　　　　　　　　　　　　　　　　　) | **REDACTED PUBLIC VERSION**<br><br>C.A. No. 97-550-SLR<br>(Consolidated) |
| BOSTON SCIENTIFIC CORPORATION, )<br>　　　　　Plaintiff, )<br>　　v. )<br>ETHICON, INC., et al., )<br>　　　　　Defendants. )<br>　　　　　　　　　　　　　　　　　　　) | C.A. No. 98-19-SLR |

**DECLARATION OF CREIGHTON G. HOFFMAN**

I, CREIGHTON G. HOFFMAN declare under penalty of perjury:



**REDACTED**

**REDACTED**

**REDACTED**

6.  I declare under penalty of perjury that the foregoing is true and correct.

Executed at Newton, MA this 13th day of May 2005.

_____
Creighton G. Hoffman

# EXHIBIT A

# REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of May, 2005, the attached **REDACTED PUBLIC VERSION OF DECLARATION OF CREIGHTON G. HOFFMAN** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Raphael V. Lupo, Esquire<br>McDermott, Will & Emery<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096 | **VIA FEDERAL EXPRESS** |
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| George E. Badenoch, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | **VIA FEDERAL EXPRESS** |

*/s/ John G. Day*
_____
John G. Day