IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 97-550 (SLR) |
| | ) | |
| MEDTRONIC VASCULAR, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MEDTRONIC VASCULAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 97-700 (SLR) |
| v. | ) | |
| | ) | |
| CORDIS CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEDTRONIC VASCULAR INC.'S CONDITIONAL REQUEST FOR ORAL ARGUMENT**

Briefing on Medtronic Vascular, Inc.'s renewed motion for judgment as a matter of law and motion for a new trial (D.I. 1383, 1384, 1397, 1398, 1407, 1414) is complete. Briefing on Boston Scientific Corporation's ("BSC") corresponding motion for judgment as a matter of law and, in the alternative, for a new trial, is also complete, and BSC has requested oral argument on that motion (D.I. 1420).

Although Medtronic Vascular, Inc. believes that oral argument on its post-trial motions (D.I. 1383, 1384) is unnecessary, if the Court grants oral argument in the co-pending action against BSC, Medtronic Vascular would request oral argument as well because there are some issues common to both parties' motions.

2.

|  | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
|  | /s/ Leslie A. Polizoti |
|  | _____ |
|  | Karen Jacobs Louden (#2881) |
|  | Leslie A. Polizoti (#4299) |
|  | 1201 North Market Street |
| OF COUNSEL: | P.O. Box 1347 |
|  | Wilmington, Delaware 19899 |
| Raphael V. Lupo | (302) 658- 9200 |
| Donna M. Tanguay |  |
| Mark G. Davis | *Attorneys for Medtronic Vascular, Inc.* |
| D. Michael Underhill |  |
| Michael W. Connelly |  |
| McDERMOTT WILL & EMERY |  |
| 600 13th Street, NW |  |
| Washington, DC 20005 |  |
| (202) 756-8000 |  |

Richard S. Florsheim
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
(414) 271-2400

May 31, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed on May 31, 2005 with the Clerk of the Court using CM/ECF which will send notification of such filing by email to Steven J. Balick and to Josy W. Ingersoll.

I also hereby certify that I caused copies of the foregoing document to be served on May 31st, 2005 upon the following counsel of record in the manner indicated:

### **BY HAND**

Steven J. Balick
**Ashby & Geddes**
222 Delaware Ave., 17th Flr.
Wilmington, DE  19801

Josy W. Ingersoll
**Young, Conaway, Stargatt & Taylor LLP**
1000 West Street, 17th Floor
Wilmington, DE  19801

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com