# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

June 3, 2005

Ms. Rosanna DiMeo  
Case Manager  
United States District Court  
844 King Street  
Wilmington, DE 19801

*HAND DELIVERY*

    Re:    *Cordis Corporation v. Medtronic AVE, Inc.,*  
             C.A. No. 97-550-SLR (Consolidated)

Dear Ms. DiMeo:

    On Friday May 27, 2005, we filed our Reply Brief in Support of Cordis' Motion to Reinstate the Damages Verdict Against AVE and Award Prejudgment Interest in the above action (D.I. 1421), accompanied by the declaration of Creighton G. Hoffman (D.I. 1422). Due to the press of time that afternoon, a facsimile version of Mr. Hoffman's declaration was filed with the Court. Enclosed is the executed, original version of the declaration. I would be grateful if you please would substitute it for the facsimile version that was filed with the Court.

    I appreciate your assistance with this matter, and I apologize for the inconvenience.

Very truly yours,

*/s/ John G. Day*

John G. Day

JGD/nml  
Enclosure  
158043.1

cc:    Josy W. Ingersoll, Esquire (via hand delivery w/enclosure)  
        Karen J. Louden, Esquire (via hand delivery w/enclosure)  
        George E. Badenoch, Esquire (via Federal Express, w/enclosure)  
        Raphael V. Lupo, Esquire (via Federal Express, w/enclosure)  
        Gregory V. Diskant, Esquire (via Federal Express, w/enclosure)