IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | **REDACTED PUBLIC VERSION** |
|     *Plaintiff,* | ) | |
|     v. | ) | |
| MEDTRONIC AVE, INC., BOSTON SCIENTIFIC | ) | |
| CORPORATION and SCIMED LIFE SYSTEMS, | ) | C.A. No. 97-550-SLR |
| INC., | ) | (Consolidated) |
|     *Defendants.* | ) | |
| | ) | |
| ———————————————————— | ) | |
| MEDTRONIC AVE, INC., | ) | |
|     *Plaintiff,* | ) | C.A. No. 97-700-SLR |
|     v. | ) | |
| CORDIS CORPORATION, et al., | ) | |
|     *Defendants.* | ) | |

**DECLARATION OF CREIGHTON G. HOFFMAN**

I, CREIGHTON G. HOFFMAN declare under penalty of perjury:

**REDACTED**

**REDACTED**

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Feather Sound this 27th day of May 2005.
Florida

Creighton G. Hoffman

1184450v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2005, the attached **REDACTED PUBLIC VERSION OF DECLARATION OF CREIGHTON G. HOFFMAN** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Raphael V. Lupo, Esquire<br>McDermott, Will & Emery<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096 | **VIA FEDERAL EXPRESS** |
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| George E. Badenoch, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY 10004 | **VIA FEDERAL EXPRESS** |

/s/ *John G. Day*
John G. Day