IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 97-550 (SLR) |
| | ) | |
| MEDTRONIC VASCULAR, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MEDTRONIC VASCULAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 97-700 (SLR) |
| v. | ) | |
| | ) | |
| CORDIS CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEDTRONIC VASCULAR INC.'S SUPPLEMENT TO D.I. 1411, ITS ANSWERING BRIEF IN OPPOSITION TO CORDIS' MOTION TO REINSTATE AND UPDATE THE DAMAGES VERDICT AGAINST AVE AND BSC**

Medtronic Vascular, Inc. ("Medtronic AVE") files this supplement to its answering brief in opposition to Cordis' motion to reinstate and update the damages verdict (D.I. 1411) to remind the Court that Medtronic AVE's motion for judgment as a matter of law on damages is still pending (D.I. 1011; *see also* D.I. 1253, 9/22/04 Tr. at 13). That motion demonstrates that Cordis is not entitled to lost profits because of its failure to prove marketing capacity. If that JMOL motion is granted, then the lost profits verdict must be set aside.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Leslie A. Polizoti
_____
Karen Jacobs Louden (#2881)
Leslie A. Polizoti (#4299)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658- 9200

*Attorneys for Medtronic Vascular, Inc.*

OF COUNSEL:

Raphael V. Lupo
Donna M. Tanguay
Mark G. Davis
D. Michael Underhill
Michael W. Connelly
McDERMOTT WILL & EMERY
600 13th Street, NW
Washington, DC 20005
(202) 756-8000

Richard S. Florsheim
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
(414) 271-2400

June 29, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed on June 29, 2005 with the Clerk of the Court using CM/ECF which will send notification of such filing by email to Steven J. Balick and to Josy W. Ingersoll.

I also hereby certify that I caused copies of the foregoing document to be served on June 29th, 2005 upon the following counsel of record in the manner indicated:

**BY HAND**

Steven J. Balick
**Ashby & Geddes**
222 Delaware Ave., 17th Flr.
Wilmington, DE  19801

Josy W. Ingersoll
**Young, Conaway, Stargatt & Taylor LLP**
1000 West Street, 17th Floor
Wilmington, DE  19801

/s/ Leslie A. Polizoti (#4299)
MORRIS, NICHOLS, ARSHT AND TUNNELL
(302) 658-9200
lpolizoti@mnat.com