IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, et al.,                )<br>                                                                     )<br>                          Plaintiff,                    )<br>             v.                                              )    C. A. No. 97-550 (SLR)<br>                                                                     )<br>MEDTRONIC VASCULAR, INC.,           )<br>                                                                     )<br>                          Defendant.                 )<br>_____)<br>                                                                     )<br>MEDTRONIC VASCULAR, INC.,           )<br>                                                                     )<br>                          Plaintiff,                    )    C. A. No. 97-700 (SLR)<br>             v.                                              )<br>                                                                     )<br>CORDIS CORPORATION, et al.,                )<br>                                                                     )<br>                          Defendant.                 )<br>_____) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to D. Del. L. R. 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of George M. Sirilla, Esq. and William P. Atkins, Esq. of the law firm of Pillsbury Winthrop Shaw Pittman LLP, 1650 Tysons Boulevard (East Tower), McLean, Virginia, 22102 to represent Medtronic Vascular, Inc. in these actions.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ *Karen Jacobs Louden*
/s/Karen Jacobs Louden (#2881)
klouden@mnat.com
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for defendant Medtronic Vascular, Inc.

October 18, 2005

488205

SO ORDERED this _____ day of _____, 2005.

_____
                             J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

George M. Sirilla
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd. (East Tower)
McLean, VA 22102

488205

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

*Wm. P. Atkins*
William P. Atkins
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Blvd. (East Tower)
McLean, VA 22102

488205

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on October 18, 2005 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Steven J. Balick
> Josy W. Ingersoll

I further certify that on October 18, 2005 I served copies of the foregoing to the following counsel in the manner indicated:

> By Hand
>
> Steven J. Balick
> **Ashby & Geddes**
> 222 Delaware Ave., 17th Flr.
> P.O. Box 1150
> Wilmington, DE 19899
>
> Josy W. Ingersoll
> **Young, Conaway, Stargatt & Taylor LLP**
> 1000 West Street, 17th Floor
> P.O. Box 391
> Wilmington, DE 19899

> /s/ *Karen Jacobs Louden*
> Karen Jacobs Louden
> klouden@mnat.com

488205