IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,            )<br>                                )<br>     Plaintiff,                 )<br>                                )<br>     v.                         )<br>                                )<br>BOSTON SCIENTIFIC CORPORATION,  )<br>BOSTON SCIENTIFIC SCIMED, INC., )<br>and MEDTRONIC AVE, INC.        )<br>                                )<br>     Defendants.                )<br>_____) | Civil Action No. 97-550-SLR<br>     (consolidated) |
| BOSTON SCIENTIFIC CORPORATION,  )<br>                                )<br>     Plaintiff,                 )<br>                                )<br>     v.                         )<br>                                )<br>CORDIS CORPORATION, ETHICON, INC. )<br>and JOHNSON & JOHNSON           )<br>INTERVENTIONAL SYSTEMS CO.,     )<br>                                )<br>     Defendants.                ) | Civil Action No. 98-19-SLR |

**ORDER**

At Wilmington, this ____ day of March, 2006, consistent with the opinion issued this same day;

IT IS ORDERED that:

1. BSC's motion to amend the judgment (Civ. No. 97-550-SLR, D.I. 1382) is granted in part and denied in part;

2. BSC's motion to amend the judgment (Civ. No. 98-19-SLR, D.I. 191) is granted in part and denied in part;

3. BSC's motion for judgment as a matter of law, and, in

the alternative, for a new trial (Civ. No. 97-550-SLR, D.I. 1385) is denied;

4. BSC's motion for judgment as a matter of law, and, in the alternative, for a new trial (Civ. No. 98-19-SLR, D.I. 192) is denied;

5. Cordis' cross motion to amend the judgment (Civ. No. 97-550-SLR, D.I. 1400) is granted in part and denied in part; and

6. Cordis' cross motion to amend the judgment (Civ. No. 98-19-SLR, D.I. 198) is granted in part and denied in part.

 

_____
United States District Judge