IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOSTON SCIENTIFIC CORPORATION, ) <br> BOSTON SCIENTIFIC SCIMED, INC., ) <br> and MEDTRONIC AVE, INC. ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> MEDTRONIC AVE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CORDIS CORPORATION, JOHNSON & ) <br> JOHNSON and EXPANDABLE GRAFTS ) <br> PARTNERSHIP, ) <br> ) <br> Defendants. ) | Civil Action No. 97-550-SLR <br> (consolidated) <br><br><br><br><br><br><br><br><br><br> Civil Action No. 97-700-SLR |

**ORDER**

At Wilmington, this 27th day of March, 2006, consistent with the opinion issued this same day;

IT IS ORDERED that:

1. Medtronic's motion for a new trial on Cordis' patent infringement claims and Medtronic's invalidity counterclaims (Civ. No. 97-550-SLR, D.I. 1383) is denied.

2. Medtronic's motion for a new trial on Cordis' patent infringement claims and Medtronic's invalidity counterclaims

(Civ. No. 97-700-SLR, D.I. 305) is denied.

3. Medtronic's motion for judgment as a matter of law on Cordis' patent infringement claims (Civ. No. 97-550-SLR, D.I. 1384) is denied.

4. Medtronic's motion for judgment as a matter of law on Cordis' patent infringement claims (Civ. No. 97-700-SLR, D.I. 306) is denied.

                                                                    _____
                                                                    United States District Judge