IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br>BOSTON SCIENTIFIC SCIMED, INC.,<br>and MEDTRONIC AVE, INC.<br><br>  Defendants. | Civil Action No. 97-550-SLR<br>  (consolidated) |
| MEDTRONIC AVE, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>CORDIS CORPORATION, JOHNSON &<br>JOHNSON and EXPANDABLE GRAFTS<br>PARTNERSHIP,<br><br>  Defendants. | Civil Action No. 97-700-SLR |
| BOSTON SCIENTIFIC CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>CORDIS CORPORATION, ETHICON, INC.<br>and JOHNSON & JOHNSON<br>INTERVENTIONAL SYSTEMS CO.,<br><br>  Defendants. | Civil Action No. 98-19-SLR |

**ORDER**

At Wilmington, this 27th day of March, 2006, consistent with the opinion issued this same day;

IT IS ORDERED that:

1. Cordis' motion to reinstate and update the damage verdicts against Medtronic and BSC (Civ. No. 97-550-SLR, D.I. 1393) is denied.

2. Cordis' motion to reinstate and update the damage verdicts against Medtronic and BSC (Civ. No. 97-700-SLR, D.I. 308) is denied.

3. Cordis' motion to reinstate and update the damage verdicts against Medtronic and BSC (Civ. No. 98-19-SLR, D.I. 193) is denied.

_____
United States District Judge