IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CORDIS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 97-550-SLR |
| v. | ) | (consolidated) |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| BOSTON SCIENTIFIC SCIMED, INC., and | ) | |
| MEDTRONIC AVE, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MEDTRONIC AVE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 97-700-SLR |
| v. | ) | |
| | ) | |
| CORDIS CORPORATION, JOHNSON & | ) | |
| JOHNSON and EXPANDABLE GRAFTS | ) | |
| PARTNERSHIP, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Medtronic AVE, Inc., also known as Medtronic Vascular, Inc. ("Medtronic"), hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's March 31, 2005 Order (D.I. 1374), its March 27, 2006 Memorandum Opinion (D.I. 1433) and its March 27, 2006 Order (D.I. 1434) denying Medtronic's motion for a new trial (D.I. 1383) and motion for judgment as a matter of law (D.I. 1384) as well as from those rulings that are adverse to Medtronic in the May 15, 2002 Judgment in a Civil Case (D.I. 1154), the March 28, 2002 Order (D.I. 1128), and all underlying orders, decisions, and rulings in the above-captioned case. For administrative convenience, Medtronic is designating the specific docket

items listed above in e-filing its Notice Of Appeal pursuant to the ECF procedures. It reserves the right, however, to appeal from any of the above-referenced orders, decisions and rulings. This notice is given pursuant to 28 U.S.C. § 1291 and in conformance with Fed. R. App. P. 3(a)(1) and 4(a).

Respectfully submitted this 26th day of April, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Karen Jacobs Louden (#2881)
klouden@mnat.com
Leslie A. Polizoti (#4299)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200
*Attorneys for Medtronic AVE, Inc.*

OF COUNSEL:

George M. Sirilla
William P. Atkins
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102
(703) 770-7900

Raphael V. Lupo
Donna M. Tanguay
D. Michael Underhill
James G. Rizzo
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005
(202) 756-8000

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 26, 2006 I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing to Steven J. Balick and Josy W. Ingersoll.

    I further certify that on April 26, 2006 I served copies of the foregoing to the following counsel in the manner indicated:

<u>By Hand</u>

Steven J. Balick
ASHBY & GEDDES
222 Delaware Ave., 17th Flr.
P.O. Box 1150
Wilmington, DE  19899

Josy W. Ingersoll
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899

<u>By Federal Express</u>

Gregory L. Diskant
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY  10036

George E. Badenoch
KENYON & KENYON
One Broadway
New York, NY  10004-1050

    */s/ Karen Jacobs Louden*
    Karen Jacobs Louden (#2881)
    klouden@mnat.com