IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC.<br>BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.,<br><br>Defendants. | Case No. 97-550-SLR<br>(Consolidated) |
| BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ETHICON, INC.,<br>CORDIS CORPORATION, and<br>JOHNSON & JOHNSON<br>INTERVENTIONAL SYSTEMS CO.<br><br>Defendants. | Case No. 98-19-SLR |

NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given that Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered on March 27, 2006, and from all orders, opinions, decisions and rulings prior to the entry of judgment, including without limitation the Memorandum Opinion dated January 15, 1999, the

Memorandum Order dated June 18, 1999, the Memorandum Order dated September 7, 2000, the Memorandum Order dated October 12, 2000, the Opinion and Order dated March 28, 2002, the Memorandum Order dated February 17, 2004, the Memorandum Order dated May 14, 2004, the Memorandum Opinion and Order dated September 21, 2004, the Memorandum Order dated December 1, 2004, all orders and rulings made during the February 10, 2005 Pre-trial Conference, and the Memorandum Opinion and Order dated March 27, 2006.

Respectfully submitted,

Dated: April 26, 2006                    By: _____

Josy W. Ingersoll (I.D. #1088)
Adam W. Poff (I.D. #3990)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19899-0391
(302) 571-6600

Of Counsel:

George E. Badenoch
Charles R. Brainard
Walter E. Hanley, Jr.
Mark A. Chapman
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200

Attorneys for Defendants
Boston Scientific Corporation
and Boston Scientific Scimed, Inc.
(formerly Scimed Life Systems, Inc.)

**CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on April 26, 2006I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick Esquire
>Ashby & Geddes
>222 Delaware Avenue, 17th Floor
>Wilmington, DE 19801
>
>Karen Jacobs Louden, Esquire
>Morris, Nichols, Arsht & Tunnell
>1201 N. Market Street
>Wilmington, DE 19801

I further certify that on April 26, 2006, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Michael J. Timmons, Esquire
>Patterson, Belknap, Webb & Tyler
>1133 Avenue of the Americas
>20th Floor
>New York, NY 10036
>
>Raphael V. Lupo, Esquire
>D. Michael Underhill, Esquire
>McDermott, Will & Emery
>600 13th Street, N.W.
>Washington, D.C. 20005

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff
_____
Josy W. Ingersoll (No. 1088)
Adam W. Poff (No. 3990)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

Attorneys for Boston Scientific Corporation and
 Boston Scientific Scimed, Inc.