IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | C.A. No. 97-550-SLR (consolidated) |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| BOSTON SCIENTIFIC SCIMED, INC. and ) | |
| MEDTRONIC AVE, INC., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 98-19-SLR |
| ) | |
| CORDIS CORPORATION, ) | |
| ETHICON, INC. and JOHNSON & JOHNSON ) | |
| INTERVENTIONAL SYSTEMS CO., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CROSS-APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Notice is hereby given that Cordis Corporation, Ethicon, Inc. and Johnson & Johnson Interventional Systems Co. cross-appeal to the U.S. Court of Appeals for the Federal Circuit from the portion of the Judgment in a Civil Case dated March 27, 2006, and all orders leading up to it, granting judgment in favor of Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively "BSC") and against cross-appellants with respect to the validity of claim 44 of

2

U.S. Patent No. 4,739,762 (the "'762 patent") and dismissing with prejudice Cordis Corporation's complaint alleging infringement of claim 44 of the '762 patent by BSC.

|  | ASHBY & GEDDES |
|---|---|
|  | /s/ Steven J. Balick |
|  | _____ |
|  | Steven J. Balick (#2114) |
|  | John G. Day (#2403) |
|  | Tiffany Geyer Lydon (I.D. #3950) |
|  | 222 Delaware Avenue, 17th Floor |
|  | Wilmington, DE 19899 |
|  | (203) 654-1888 |
| *Of Counsel*: | *Attorneys for Cordis Corporation,* |
|  | *Ethicon, Inc. and Johnson & Johnson* |
| PATTERSON, BELKNAP, | *Interventional Systems Co.* |
|     WEBB & TYLER LLP |  |
| Gregory L. Diskant |  |
| William F. Cavanaugh, Jr. |  |
| Eugene M. Gelernter |  |
| Michael J. Timmons |  |
| Scott B. Howard |  |
| Kathleen M. Crotty |  |
| 1133 Avenue of the Americas |  |
| New York, New York 10036 |  |
| (212) 336-2000 |  |

Dated:  May 10, 2006

169309.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May, 2005, the attached **NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT** was served upon the following counsel of record in the manner indicated:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 N. Market Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| Raphael V. Lupo, Esquire<br>McDermott, Will & Emery<br>600 13th Street, N.W.<br>Washington, D.C.  20005-3096 | VIA FEDERAL EXPRESS |
| George M. Sirilla, Esquire<br>Pillsbury Winthrop Shaw Pittman LLP<br>1650 Tysons Boulevard (East Tower)<br>McLean, VA  22102 | VIA FEDERAL EXPRESS |
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street<br>Wilmington, DE  19801 | HAND DELIVERY |
| George E. Badenoch, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY  10004 | VIA FEDERAL EXPRESS |

*/s/ Steven J. Balick*

Steven J. Balick