# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2006-1415 - CORDIS CORP V MEDTRONIC AVE

Date of docketing: 05/24/2006

Appeal from: United States District Court/ District of Delaware
case no. 97-CV-550 SLR

Cross-appellant(s): Cordis Corporation

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated August 1, 2005. [Counsel can download a copy of the order at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.

Jan Horbaly
Clerk

cc: US District Court, DE
    George E. Badenoch
    Raphael V. Lupo
    Gregory L. Diskant

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: May 24, 2006

### Official Caption[1]

2006-1393, -1394, -1395, -1396, -1415, -1416

CORDIS CORPORATION,

       Plaintiff-Cross Appellant,

v.

MEDTRONIC AVE, INC.,

       Defendant-Appellant,

and

BOSTON SCIENTIFIC CORPORATION
and BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),

       Defendants-Appellants.

------

MEDTRONIC AVE, INC.,

       Plaintiff-Appellant,

v.

CORDIS CORPORATION, JOHNSON AND JOHNSON,
and EXPANDABLE GRAFTS PARTNERSHIP,

       Defendants-Appellees.

------

BOSTON SCIENTIFIC CORPORATION
and BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),

       Plaintiffs-Appellants,

v.

ETHICON, INC., CORDIS CORPORATION,
and JOHNSON & JOHNSON INTERVENTIONAL SYSTEMS CO.,

       Defendants-Cross Appellants.

Appeals from the United States District Court for the District of Delaware in consolidated cases 97-CV-550, 97-CV-700, and 98-CV-19, Judge Sue L. Robinson.

### Authorized Abbreviated Caption[2]

CORDIS CORP v MEDTRONIC AVE, 2006-1393, -1394, -1395, -1396, -1415, -1416

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.