IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 97-550-SLR |
| MEDTRONIC VASCULAR, INC., BOSTON SCIENTIFIC CORPORATION, and SCIMED LIFE SYSTEMS, INC., | ) ) ) ) |
| Defendants. | ) |

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

> ASHBY & GEDDES
>
> */s/ Steven J. Balick*
> _____
> Steven J. Balick (I.D. #2114)
> John G. Day (I.D. #2403)
> Tiffany Geyer Lydon (I.D. #3950)
> 222 Delaware Avenue, 17th Floor
> P.O. Box 1150
> Wilmington, Delaware 19899
> (302) 654-1888
>
> *Attorneys for Cordis Corporation*

*Of Counsel*:

Gregory L. Diskant
William F. Cavanaugh, Jr.
Eugene M. Gelernter
Michael J. Timmons
PATTERSON, BELKNAP, WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2000

Theodore B. Van Itallie, Jr.
Eric I. Harris
Paul A. Coletti
JOHNSON & JOHNSON
One Johnson & Johnson Plaza
New Brunswick, New Jersey  08933

Dated:   December 14, 2006
175944.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2006 the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Karen Jacobs Louden, Esquire<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | **VIA ELECTRONIC MAIL** |
| Raphael V. Lupo, Esquire<br>McDermott, Will & Emery<br>600 13th Street, N.W.<br>Washington, D.C.  20005 | **VIA ELECTRONIC MAIL** |
| Josy W. Ingersoll, Esquire<br>Young Conaway Stargatt & Taylor<br>Rodney Square North<br>Wilmington, DE  19801 | **VIA ELECTRONIC MAIL** |
| George E. Badenoch, Esquire<br>Kenyon & Kenyon<br>One Broadway<br>New York, NY  10004 | **VIA ELECTRONIC MAIL** |

*/s/ Steven J. Balick*

Steven J. Balick