# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 11, 2007

Ms. Rosanna DiMeo                                    VIA ELECTRONIC MAIL
Case Manager to the Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19899

> Re:  *Cordis Corporation v. Medtronic Vascular, Inc., et al.,*
>      C.A. No. 97-550-SLR

Dear Rosanna:

Yesterday my office filed a letter to Judge Robinson in the above action regarding a newly decided Federal Circuit case (D.I. 1450).  That letter should have been filed in *Cordis Corporation v. Boston Scientific Corporation, et al.,* C.A. No. 98-197-SLR, but it inadvertently was filed in C.A. No. 97-550-SLR.

Upon discovery of this error today, we filed our letter in the correct action, C.A. No. 98-197-SLR.  I am writing simply to request the withdrawal of D.I. 1450 in C.A. No. 97-550-SLR.

I appreciate your assistance in connection with this request, and I apologize for the inconvenience.

Very truly yours,

*/s/ Steven J. Balick*

Steven J. Balick

SJB/dmf
182233.1

c:   Gregory L. Diskant, Esquire (via electronic mail)
     Karen Jacobs Louden, Esquire (by hand)
     Raphael V. Lupo, Esquire (via electronic mail)
     Josy W. Ingersoll, Esquire (by hand)
     George E. Badenoch, Esquire (via electronic mail)