IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>MEDTRONIC VASCULAR, Inc., BOSTON SCIENTIFIC CORPORATION, and BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),<br><br>        Defendants. | C. A. No. 97-550 (SLR) |
| MEDTRONIC VASCULAR, Inc.,<br><br>        Plaintiff,<br>v.<br><br>CORDIS CORPORATION,<br><br>        Defendants. | C. A. No. 97-700 (SLR) |

### STIPULATION AMENDING PROTECTIVE ORDER

IT IS HEREBY STIPULATED by the parties hereto, subject to Court approval, that the Protective Order filed August 25, 1999 and signed by the Court on August 31, 1999 (D.I. 519 in C.A. No. 97-550) be amended by replacing paragraph 4(c) with the following amended paragraph 4(c):

"4(c). Dewey Ballantine LLP; Fulwider Patton Lee & Utecht, LLP; Morgan, Lewis & Bockius, LLP; Pillsbury Winthrop Shaw Pittman LLP; McDermott Will & Emery LLP; Morris, Nichols, Arsht & Tunnell LLP; Boies, Schiller & Flexner LLP; Kenyon & Kenyon; Ashby & Geddes; Patterson, Belknap, Web & Tyler LLP;

Richards, Layton & Finger; and Young, Conaway, Stargatt & Taylor, each of which is attorney of record for one or more of the parties, and their stenographic, clerical and paralegal employees whose duties and responsibilities require access to such materials;"

AGREED:

| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| George M. Sirilla<br>William P. Atkins<br>PILLSBURY WINTHROP SHAW<br> PITTMAN LLP<br>1650 Tysons Boulevard<br>McLean, VA 22102<br>(703) 770-7900<br><br>D. Michael Underhill<br>BOIES, SCHILLER & FLEXNER LLP<br>5301 Wisconsin Avenue, N.W.<br>Washington, DC 20015<br>(202) 237-2727 | /s/ Karen Jacobs Louden<br>_____<br>Karen Jacobs Louden (#2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>klouden@mnat.com<br> *Attorneys for Medtronic Vascular, Inc.* |
| OF COUNSEL: | ASHBY & GEDDES |
| Gregory L. Diskant<br>Eugene M. Gelernter<br>William F. Cavanaugh, Jr.<br>Scott B. Howard<br>Rosa E. Son<br>PATTERSON, BELKNAP, WEB<br> & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(212) 363-2000 | /s/ John G. Day<br>_____<br>Steven J. Balick (#2114)<br>John G. Day (#2403)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br> *Attorneys for Cordis Corporation,*<br> *Ethicon, Inc., and Johnson &*<br> *Johnson Interventional Systems Co.* |

| | |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR |
| | |
| George E. Badenoch | /s/ Josy W. Ingersoll |
| Mark A. Chapman | _____ |
| KENYON & KENYON | Josy W. Ingersoll (#1088) |
| One Broadway | Karen E. Keller (#4489) |
| New York, NY  10019 | 1000 West street, 17th Floor |
| (212) 425-7200 | P.O. Box 391 |
| | Wilmington, DE  19899 |
| | (302) 571-6600 |
| | jingersoll@ycst.com |
| | kkeller@ycst.com |
| | *Attorneys for Boston Scientific Corporation and Boston Scientific Scimed, Inc.* |

March 10, 2008

       IT IS SO ORDERED this _____ day of March, 2008.

                                                    _____
                                                    United States District Judge

1735503