IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORDIS CORPORATION,                          )
                          Plaintiff,          )
                                              )
          v.                                  )
                                              )        C.A. No. 97-550-SLR
MEDTRONIC VASCULAR, INC., and                )
BOSTON SCIENTIFIC CORPORATION,               )
                          Defendants.         )


## CORDIS'S MOTION FOR ENTRY OF FINAL JUDGMENT

   Plaintiff Cordis Corporation respectfully moves for an order: (a) accounting for

sales of Boston Scientific Corporation's NIR stent subsequent to the damages trial in 2000;

(b) awarding prejudgment interest at the prime rate compounded monthly; and (c) directing the

clerk to enter final judgment in this action.  The basis for this motion is set forth in Cordis's

accompanying Opening Brief and the exhibits thereto.


ASHBY & GEDDES

*/s/ Tiffany Geyer Lydon*
_____
Steven J. Balick (#2114)
John G. Day (#2403)
Tiffany Geyer Lydon (#3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
302-654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Of Counsel*:

Gregory L. Diskant
Eugene M. Gelernter
Michael J. Timmons
Scott B. Howard
Kathleen M. Crotty
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036

Dated: May 8, 2008

*Attorneys for Plaintiff Cordis Corporation*

{00215699;v1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CORDIS CORPORATION,                        )
                          Plaintiff,       )
                                           )
            v.                             )
                                           )    C.A. No. 97-550-SLR
MEDTRONIC VASCULAR, INC., and              )
BOSTON SCIENTIFIC CORPORATION,             )
                          Defendants.      )

## **ORDER**

Having considered the parties' submissions and for good cause shown, this Court hereby grants the motion of plaintiff Cordis Corporation for an order: (a) accounting for sales of Boston Scientific Corporation's NIR stent subsequent to the damages trial in 2000; (b) awarding prejudgment interest at the prime rate compounded monthly; and (c) directing the clerk to enter final judgment in this action.

SO ORDERED this _____ day of _____, 2008.


_____
Judge Sue L. Robinson