IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC. BOSTON SCIENTIFIC CORPORATION, and SCIMED LIFE SYSTEMS, INC.,<br><br>Defendants. | C.A. No. 97-550-SLR<br>(CONSOLIDATED) |

**STIPULATION AND ORDER**

WHEREAS on May 8, 2008, plaintiff Cordis Corporation ("Cordis") filed a motion for entry of final judgment (D.I. 1455);

WHEREAS Cordis and defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively "BSC") and defendant Medtronic Vascular, Inc. ("Medtronic") have agreed, subject to the approval of the Court, to modify the briefing schedule provided by D. Del. LR 7.1.2;

IT IS HEREBY STIPULATED by Cordis, BSC and Medtronic, subject to the approval of the Court, that:

(a) BSC and Medtronic shall each respectively file and serve its response to Cordis's motion for entry of final judgment on June 10, 2008; and

(b) Cordis shall file and serve its reply on June 23, 2008.

AGREED TO:

| | |
|---|---|
| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Steven J. Balick* | */s/ Karen L. Pascale* |
| Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Tiffany Geyer Lydon (#3950)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>P.O. Box 1150<br>(302) 654-1888<br>sbalick@ashby-geddes.com | Josy W. Ingersoll (#1088)<br>Karen L. Pascale (#2903)<br>Karen E. Keller (#4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 571-6600<br>kpascale@ycst.com |
| *Attorneys for Plaintiff, Cordis Corporation* | *Attorneys for Defendants Boston Scientific Corporation and Scimed Life Systems, Inc.* |
| Dated: May 14, 2008 | Dated: May 13, 2008 |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*

Karen Jacobs Louden (# 2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
klouden@mnat.com

*Attorneys for Defendant
Medtronic Vascular, Inc.*

Dated: May 13, 2008


SO ORDERED this _____ day of May, 2008


_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on May 14, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
> John G. Day, Esquire [jday@ashby-geddes.com]
> Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
> ASHBY & GEDDES
> 500 Delaware Avenue, 8th Floor
> Wilmington, DE 19801
>
> Karen Jacobs Louden, Esquire [klouden@mnat.com]
> MORRIS NICHOLS ARSHT & TUNNELL LLP
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE 19899-1347

I further certify that on May 14, 2008, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

> ***By E-Mail***
>
> Gregory L. Diskant, Esquire [gldiskant@pbwt.com]
> Eugene M. Gelernter, Esquire [emgelernter@pbwt.com]
> Michael J. Timmons, Esquire [mjtimmons@pbwt.com]
> Scott B. Howard, Esquire [sbhoward@pbwt.com]
> PATTERSON, BELKNAP, WEBB & TYLER, LLP
> 1133 Avenue of the Americas, 20th Floor
> New York, NY 10036
>
> George M. Sirilla, Esquire [george.sirilla@pillsburylaw.com]
> William P. Atkins, Esquire [william.atkins@pillsburylaw.com]
> PILLSBURY WINTHROP SHAW PITTMAN LLP
> 1650 Tysons Boulevard (East Tower)
> McLean, VA 22102

D. Michael Underhill, Esquire [munderhill@bsfllp.com]
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

---

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
Email: kpascale@ycst.com
   *Attorneys for Defendant Boston Scientific Corp.*