IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>     Plaintiff,<br>  v.<br><br>MEDTRONIC VASCULAR, Inc., BOSTON SCIENTIFIC CORPORATION, and BOSTON SCIENTIFIC SCIMED, INC. (formerly known as Scimed Life Systems, Inc.),<br><br>     Defendants. | C. A. No. 97-550 (SLR) |
| MEDTRONIC VASCULAR, Inc.,<br><br>     Plaintiff,<br>  v.<br><br>CORDIS CORPORATION,<br><br>     Defendants. | C. A. No. 97-700 (SLR) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Mark G. Davis of McDermott, Will & Emery LLP hereby withdraws as counsel for defendant Medtronic Vascular, Inc. in this action. Defendant continues to be represented by the law firms of Morris, Nichols, Arsht & Tunnell LLP, McDermott, Will & Emery LLP, Pillsbury Winthrop Shaw Pittman LLP, and Boies, Schiller & Flexner LLP.

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Karen Jacobs Louden*

                                    Karen Jacobs Louden (#2881)
                                    1201 N. Market Street
                                    P.O. Box 1347
                                    Wilmington, DE 19899-1347
                                    (302) 658-9200
                                    klouden@mnat.com
                                      *Attorneys for Medtronic Vascular, Inc.*

May 16, 2008

2328951

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 16, 2008 I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to Steven J. Balick and Josy W. Ingersoll.

I further certify that on May 16, 2008, I served copies of the foregoing to the following counsel in the manner indicated:

<u>By Hand</u>

Steven J. Balick
**Ashby & Geddes**
222 Delaware Ave., 17th Flr.
P.O. Box 1150
Wilmington, DE 19899

Josy W. Ingersoll
**Young, Conaway, Stargatt & Taylor LLP**
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899

*/s/ Karen Jacobs Louden*
klouden@mnat.com