# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| CORDIS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 97-550-SLR |
| | ) (CONSOLIDATED) |
| MEDTRONIC VASCULAR, INC. | ) |
| BOSTON SCIENTIFIC CORPORATION, | ) |
| and SCIMED LIFE SYSTEMS, INC., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| BOSTON SCIENTIFIC CORPORATION, | ) |
| and SCIMED LIFE SYSTEMS, INC. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 98-19-SLR |
| | ) |
| ETHICON, INC., | ) |
| CORDIS CORPORATION, and | ) |
| JOHNSON & JOHNSON | ) |
| INTERVENTIONAL SYSTEMS CO. | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## BOSTON SCIENTIFIC'S CROSS-MOTION
## TO DEFER PROCEEDINGS AND FOR A NEW TRIAL

Defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc.

(formerly Scimed Life Systems, Inc.) (collectively "BSC") hereby respectfully cross-

move: (1) to defer proceedings in this case against BSC's NIR stent until after the

mandate of the Federal Circuit issues in the pending appeal in Cordis' companion case

against BSC's Express stent (C.A. 03-027-SLR); (2) for a new invalidity trial for claims

23 and 44 of the '762 patent; and (3) if necessary, for a new damages trial and further damages proceedings for claims 23 and/or 44.

The grounds for the motion are set forth in BSC's opening brief submitted herewith.

For the Court's convenience, a proposed order is attached hereto.

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen L. Pascale*

June 10, 2008

_____

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903) [kpascale@ycst.com]
Karen E. Keller (#4489)
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone:  302-571-6600

*Attorneys for Defendants,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*
*(formerly Scimed Life Systems, Inc.)*

OF COUNSEL:

George E. Badenoch
Mark A. Chapman
Huiya Wu
KENYON & KENYON LLP
One Broadway
New York, NY  10004
(212) 425-7200

2