**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CORDIS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEDTRONIC VASCULAR, INC. )<br>BOSTON SCIENTIFIC CORPORATION, )<br>and SCIMED LIFE SYSTEMS, INC., )<br>)<br>Defendants. )<br>_____) | C.A. No. 97-550-SLR<br>(CONSOLIDATED) |
| BOSTON SCIENTIFIC CORPORATION, )<br>and SCIMED LIFE SYSTEMS, INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ETHICON, INC., )<br>CORDIS CORPORATION, and )<br>JOHNSON & JOHNSON )<br>INTERVENTIONAL SYSTEMS CO. )<br>)<br>Defendants. )<br>_____) | Case No. 98-19-SLR |

**PROPOSED ORDER FOR
BOSTON SCIENTIFIC'S CROSS-MOTION
TO DEFER PROCEEDINGS AND FOR A NEW TRIAL**

At Wilmington this _____ day of _____, 2008, Defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) (collectively "BSC") having moved: (1) to defer proceedings in this case against BSC's NIR stent until after the mandate of the Federal Circuit issues in the pending appeal in Cordis' companion case against BSC's Express stent (C.A. 03-027-

2

SLR); (2) for a new invalidity trial for claims 23 and 44 of the '762 patent; and (3) if necessary, for a new damages trial and further damages proceedings for claims 23 and/or 44; and the Court, having concluded that good cause exists for the requested relief; now, therefore,

IT IS HEREBY ORDERED that BSC's motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE