**CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on June 10, 2008, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Steven J. Balick, Esquire [sbalick@ashby-geddes.com]
>John G. Day, Esquire [jday@ashby-geddes.com]
>Tiffany Geyer Lydon, Esquire [tlydon@ashby-geddes.com]
>ASHBY & GEDDES
>500 Delaware Avenue, 8th Floor
>Wilmington, DE 19801
>
>Karen Jacobs Louden, Esquire [klouden@mnat.com]
>MORRIS NICHOLS ARSHT & TUNNELL LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899-1347

I further certify that on June 10, 2008, I caused a copy of the foregoing document to be served by hand delivery and e-mail on the above-listed counsel and on the following non-registered participants in the manner indicated:

>***By E-Mail***
>
>Gregory L. Diskant, Esquire [gldiskant@pbwt.com]
>Eugene M. Gelernter, Esquire [emgelernter@pbwt.com]
>Michael J. Timmons, Esquire [mjtimmons@pbwt.com]
>Scott B. Howard, Esquire [sbhoward@pbwt.com]
>PATTERSON, BELKNAP, WEBB & TYLER, LLP
>1133 Avenue of the Americas, 20th Floor
>New York, NY 10036
>
>George M. Sirilla, Esquire [george.sirilla@pillsburylaw.com]
>William P. Atkins, Esquire [william.atkins@pillsburylaw.com]
>PILLSBURY WINTHROP SHAW PITTMAN LLP
>1650 Tysons Boulevard (East Tower)
>McLean, VA  22102

D. Michael Underhill, Esquire [munderhill@bsfllp.com]
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

        YOUNG CONAWAY STARGATT & TAYLOR LLP

        */s/ Karen L. Pascale*
        _____
        Josy W. Ingersoll (#1088)
        Karen L. Pascale (#2903)
        Karen E. Keller (#4489)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, Delaware  19801
        (302) 571-6600
        Email:  kpascale@ycst.com

        *Attorneys for Defendants,*
        *Boston Scientific Corporation and*
        *Boston Scientific Scimed, Inc.*
        *(formerly Scimed Life Systems, Inc.)*