IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEDTRONIC VASCULAR, INC. )<br>BOSTON SCIENTIFIC CORPORATION, )<br>and SCIMED LIFE SYSTEMS, INC., )<br>)<br>Defendants. )<br>) | C.A. No. 97-550-SLR<br>(CONSOLIDATED)<br><br><br><br><br><br>REDACTED VERSION – PUBLICLY FILED |
| BOSTON SCIENTIFIC CORPORATION, )<br>and SCIMED LIFE SYSTEMS, INC. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ETHICON, INC., )<br>CORDIS CORPORATION, and )<br>JOHNSON & JOHNSON )<br>INTERVENTIONAL SYSTEMS CO. )<br>)<br>Defendants. )<br>) | C.A. No. 98-19-SLR |

**EXHIBITS TO BOSTON SCIENTIFIC'S COMBINED (I) ANSWERING BRIEF IN OPPOSITION TO CORDIS' MOTION FOR ENTRY OF FINAL JUDGMENT AND (II) OPENING BRIEF IN SUPPORT OF BOSTON SCIENTIFIC'S CROSS-MOTION TO DEFER FURTHER PROCEEDINGS AND FOR A NEW TRIAL**

Josy W. Ingersoll (#1088)
Karen L. Pascale (#2903) [kpascale@ycst.com]
Karen E. Keller (#4489)
YOUNG CONAWAY STARGATT & TAYLOR LLP
The Brandywine Building
1000 West St., 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: 302-571-6600

June 10, 2008

*Attorneys for Defendants,*
*Boston Scientific Corporation and*
*Boston Scientific Scimed, Inc.*
*(formerly Scimed Life Systems, Inc.)*

OF COUNSEL:

George E. Badenoch
Mark A. Chapman
Huiya Wu
**KENYON & KENYON LLP**
One Broadway
New York, NY 10004
(212) 425-7200

# TABLE OF EXHIBITS

| | |
|---|---|
| Ex. A | Jury Verdict (Cordis v. Boston Scientific – Liability), dated December 11, 2000 (D.I. 182) |
| Ex. B | Jury Verdict (Cordis v. Boston Scientific – Liability), dated March 24, 2005 (D.I. 1366) |
| Ex. C | U.S. Patent No. 3,657,744 (Ersek) (DTX-15004) |
| Ex. D | Julio C. Palmaz, *et al.* "Expandable Intraluminal Graft: A Preliminary Study," *Radiology*, November 1984, p.329 (DTX-15006) |
| Ex. E | 1980 Palmaz Monograph (PTX-652) |
| Ex. F | 1983 Palmaz Monograph (PTX-1557) |
| Ex. G | Excerpts from Memorandum Opinion re: Monograph, Civ. No. 03-27, dated June 3, 2005 (D.I. 338) |
| Ex. H | May 7, 2005 Office Action in Reexamination No. 90/007627 |
| Ex. I | Excerpts from teleconference transcript, dated September 22, 2004 (D.I. 1253) |
| Ex. J | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. E), dated March 23, 2005 (D.I. 1373) |
| Ex. K | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. B), dated March 18, 2005 (D.I. 1370) |
| Ex. L | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. D), dated March 22, 2005 (D.I. 1372) |
| Ex. M | Excerpts from Cordis's Opening Appeal Brief, dated December 22, 2006 |
| Ex. N | SEM Photograph of Expanded Metal (DTX-15276) |
| Ex. O | SEM Photograph of Expanded Metal (DTX-15280) |
| Ex. P | Photographs from Expert Report of Alan Snyder, dated July 2, 2004 (DTX-15010 to DTX-15017) |
| Ex. Q | **[CONFIDENTIAL – FILED UNDER SEAL]** Excerpts from Expert Report of Nigel Buller in C.A. No. 03-27, dated February 25, 2005 |

| | |
|---|---|
| Ex. R | **[CONFIDENTIAL – FILED UNDER SEAL]**<br>Excerpts from Deposition Transcript of Nigel Buller in C.A. No. 03-27, dated March 2, 2005 |
| Ex. S | **[CONFIDENTIAL – FILED UNDER SEAL]**<br>Excerpts from Deposition Transcript of Nigel Buller in C.A. No. 97-550, dated September 10, 2004 |
| Ex. T | Excerpts from prosecution history for U.S. Patent No. 4,739,762 (Reexamination No. 90/004,785) (Vol. 2) (D.I. 691 / PTX-13) |
| Ex. U | Excerpts from prosecution history for U.S. Patent No. 4,739,762 (Reexamination No. 90/004,785) (Vol. 3) (D.I. 692 / PTX-14) |
| Ex. V | Excerpts from BSC's Motions *In Limine* 1-7, dated January 25, 2005 (D.I. 1287) |
| Ex. W | Excerpts from Cordis's Response to BSC's Motions *In Limine*, dated February 7, 2005 (D.I. 1299) |
| Ex. X | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. C), dated March 21, 2005 (D.I. 1371) |
| Ex. Y | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. A), dated March 17, 2005 (D.I. 1369) |
| Ex. Z | Excerpts from Cordis's Opening Brief in support of Motion for Summary Judgment on Obviousness, dated October 5, 2004 (D.I. 1259). |
| Ex. AA | Excerpts from Combined Reply Brief in support of Cordis's Motion for Partial Summary Judgment Against AVE and BSC on '762 and '984 Obviousness, dated November 22, 2004 (D.I. 1280) |
| Ex. BB | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. I), dated December 6, 2000 (D.I. 202) |
| Ex. CC | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. L), dated December 11, 2000 (D.I. 205) |
| Ex. DD | Arbitration Decision (Cordis v. Medtronic), dated February 20, 2006 |
| Ex. EE | **[CONFIDENTIAL – FILED UNDER SEAL]**<br>Agreement between Cordis and Medtronic, dated November 4, 1997 |
| Ex. FF | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. O), dated December 14, 2000 (D.I. 208) |

| | |
|---|---|
| Ex. GG | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. M), dated December 12, 2000 (D.I. 206) |
| Ex. HH | Jury Verdict (Cordis v. Boston Scientific – Damages), dated December 15, 2000 (D.I. 189) |
| Ex. II | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. N), dated December 13, 2000 (D.I. 207) |
| Ex. JJ | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. P), dated December 15, 2000 (D.I. 209) |
| Ex. KK | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. J), dated December 7, 2000 (D.I. 203) |
| Ex. LL | U.S. Patent Reexamination Certificate No. 4,739,762 |
| Ex. MM | Excerpts from trial transcript (Cordis v. Boston Scientific) (Vol. F), dated December 1, 2000 (D.I. 199) |
| Ex. NN | Excerpts from BSC's Memorandum in opposition to Cordis's Motion for Entry of Orders of Judgment, Including Permanent Injunctions, dated May 16, 2001 (D.I. 1097) |
| Ex. OO | Excerpts from Appendix to BSC's Memorandum in opposition to Cordis's Motion for Entry of Orders of Judgment, Including Permanent Injunctions, dated May 16, 2001 (D.I. 1098) |