# Exhibit N

Cordis v. BSC
CA No. 97-550 (SLR)
D.Del.

DXB 15276



45 39 SEI

1 mm

X14

15kU

# Exhibit

# O

Cordis v. BSC
CA No. 97-550 (SLR)
D.Del.

DXB 15280

15kU    X40    500μm    27 39 SEI