# Exhibit P

# EXHIBIT C1



Cordis v. BSC
CA No. 97-550 (SLR)
D.Del.

DXB 15010

EXHIBIT C2



Cordis v. BSC
CA No. 97-550 (SLR)
D.Del.

DXB 15011

EXHIBIT C3



Cordis v. BSC
CA No. 97-550 (SLR)
D.Del.

DXB 15012

# EXHIBIT C4



Cordis v. BSC
CA No. 97-550 (SLR)
D.Del.

DXB 15013