# EXHIBIT C5



Cordis v. BSC
CA No. 97-550 (SLR)
D.Del.

**DXB 15014**

## EXHIBIT C6



Cordis v. BSC
CA No. 97-550 (SLR)
D.Del.

**DXB 15015**

EXHIBIT C7



Cordis v. BSC
CA No. 97-550 (SLR)
D.Del.

DXB 15016

EXHIBIT C8



Cordis v. BSC
CA No. 97-550 (SLR)
D.Del.

DXB 15017