IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>MEDTRONIC VASCULAR, INC.<br>BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.,<br><br>    Defendants. | Case No. 97-550-SLR<br>(Consolidated) |

**STIPULATION AND ORDER**

WHEREAS on June 10, 2008, defendants Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively "BSC") filed a cross-motion to defer proceedings and for a new trial (D.I. 1461); and

WHEREAS plaintiff Cordis Corporation ("Cordis") and BSC have agreed, subject to the approval of the Court, to modify the briefing schedule provided by D. Del. LR 7.1.2;

IT IS HEREBY STIPULATED by Cordis and BSC, subject to the approval of the Court, that BSC shall file and serve its reply brief on July 8, 2008.

AGREED TO:

| ASHBY & GEDDES | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *John G. Day* | *Andrew A. Lundgren* |
| Steven J. Balick (I.D. #2114) | Josy W. Ingersoll (I.D. #1088) |
| John G. Day (I.D. #2403) | Karen L. Pascale (I.D. #2903) |
| Tiffany Geyer Lydon (I.D. #3950) | Karen E. Keller (I.D. #4489) |
| 500 Delaware Avenue, 8th Floor | Andrew A. Lundgren (I.D. #4429) |
| Wilmington, Delaware 19899 | The Brandywine Building |
| (302) 654-1888 | 1000 West Street, 17th Floor |
| jday@ashby-geddes.com | Wilmington, Delaware 19801 |
| | (302) 571-6600 |
| | alundgren@ycst.com |
| *Attorneys for Plaintiff Cordis Corporation* | *Attorneys for Defendants Boston Scientific Corporation and Scimed Life Systems, Inc.* |
| Dated: June 27, 2008 | Dated: June 27, 2008 |

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge