# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

July 9, 2008

The Honorable Sue L. Robinson  　　　　　　　　　VIA ELECTRONIC FILING
United States District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

　　　Re:　*Cordis Corporation v. Medtronic Vascular, Inc., et al.*,
　　　　　　C.A. No. 97-550-SLR

Dear Judge Robinson:

　　　Briefing on Cordis's motion for entry of final judgment (D.I. 1455) was completed upon the filing of BSC's reply brief (D.I. 1470). Pursuant to Local Rule 7.1.4, Cordis respectfully requests oral argument on its motion.

　　　In addition, Cordis respectfully requests that oral argument be held promptly. As set forth in Cordis's reply brief (D.I. 1467 at 3-5) and as conceded in BSC's reply (D.I. 1470 at 15), BSC is relying on the fact that this Court has not decided this motion as a reason for reversing this Court's grant of summary judgment of collateral estoppel in the pending appeal in the Express case, C.A. No. 03-027. Indeed, BSC asks this Court to delay ruling on this motion, so as to preserve that argument for it on appeal (D.I. 1462 at 6-7; D.I. 1470 at 14-16) A prompt decision on Cordis's motion will remove this argument and advance the final resolution of both this case and the Express case.

　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　*/s/ Tiffany Geyer Lydon*

　　　　　　　　　　　　　　　　　　　　　Tiffany Geyer Lydon

c:　　Karen L. Pascale, Esquire (via electronic mail)
　　　Karen Jacobs Louden, Esquire (via electronic mail)
　　　George M. Sirilla, Esquire (via electronic mail)
　　　D. Michael Underhill, Esquire (via electronic mail)
　　　George E. Badenoch, Esquire (via electronic mail)
　　　Eugene M. Gelernter, Esquire (via electronic mail)

{00228506;v1}