IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 97-550-SLR |
| ) | (Consolidated) |
| MEDTRONIC VASCULAR, INC., ) | |
| BOSTON SCIENTIFIC CORPORATION, ) | |
| and SCIMED LIFE SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION ) | |
| and SCIMED LIFE SYSTEMS, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 98-19-SLR |
| ) | |
| ETHICON, INC., CORDIS CORPORATION ) | |
| and JOHNSON & JOHNSON ) | |
| INTERVENTIONAL SYSTEMS CO., ) | |
| ) | |
| Defendants. ) | |

### O R D E R

At Wilmington this 15th day of September, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. The motion for entry of final judgment filed by Cordis Corporation (D.I. 1455) is granted.

2. The motion to defer further proceedings and for a new trial filed by Boston Scientific Corporation (D.I. 1461) is denied.

3. The motion for JMOL on lost profits damages filed by Medtronic Vascular, Inc. (D.I. 1063) is denied.

IT IS FURTHER ORDERED that the parties shall confer and, on or before **September 29, 2008,** shall submit either an agreed-upon form of order of final judgment or their various proposed versions of said order. Please note that the court intends to enter final judgment on September 30, 2008 and will not postpone its consideration of the various forms of order by reason of any intervening motions, such as for reconsideration. Therefore, any party who fails to timely submit a proposed form of order risks waiver of any input into such order.

                                                    United States District Judge