IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MEDTRONIC VASCULAR, INC. )<br>BOSTON SCIENTIFIC CORPORATION, )<br>and SCIMED LIFE SYSTEMS, INC., )<br>)<br>Defendants. )<br>_____ ) | Case No. 97-550-SLR<br>(Consolidated) |

## JUDGMENT IN A CIVIL CASE

At Wilmington, Delaware, this 30 day of September 2008, pursuant to the jury verdict of December 21, 2000; this Court's Final Judgment entered on March 31, 2005; the Opinion of the United States Court of Appeals for the Federal Circuit dated January 7, 2008; and this Court's Opinion dated September 15, 2008:

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiff Cordis Corporation ("Cordis") and against defendant Medtronic Vascular, Inc. ("Medtronic").

IT IS FURTHER ORDERED AND ADJUDGED that that judgment be and is hereby entered in favor of Cordis and against Medtronic in the amount of $521,064,414 (comprised of the jury's verdict of $271,075,085, together with prejudgment interest through September 30, 2008 in the amount of $249,989,330). Post-judgment interest shall accrue at the statutory rate, to be computed daily and compounded annually, from the date judgment is entered and until satisfied.

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 54(d)(1) and Del. L.R. 54.1, Cordis is the prevailing party.

{00242692;v1}

Dated: September 30, 2008

                                                        United States District Judge

                                                        Nicole Fasano
                                                        (By) Deputy Clerk