IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CORDIS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC VASCULAR, INC.<br>BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.,<br><br>Defendants. | Case No. 97-550-SLR<br>(Consolidated) |
| BOSTON SCIENTIFIC CORPORATION,<br>and SCIMED LIFE SYSTEMS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ETHICON, INC.,<br>CORDIS CORPORATION, and<br>JOHNSON & JOHNSON<br>INTERVENTIONAL SYSTEMS CO.<br><br>Defendants. | Case No. 98-19-SLR |

## JUDGMENT IN A CIVIL CASE

Pursuant to the Notice of Withdrawal of Claims Based on U.S. Patent No. 5,102,417, dated March 22, 2000 (D.I. 662); the jury verdicts, dated December 11 and 15, 2000 (D.I. 182; D.I. 189) (in C.A. 98-197-SLR)); the Court's Memorandum Opinion and Order, dated March 28, 2002 (D.I. 1127; D.I. 1128); the Court's Memorandum Order, dated May 15, 2002 (D.I. 1153); the jury verdict, dated March 24, 2005 (D.I. 1366); the Court's judgment entered on March 31, 2005 (D.I. 1375); the Court's Memorandum Opinions and Orders, dated March 27, 2006 (D.I. 1430; D.I. 1431; D.I. 1435; D.I. 1436); the Court's judgment entered on March 27, 2006 (D.I. 1432); the Opinion and Judgment of the United States Court of Appeals for the Federal Circuit, entered on April 22, 2008 (D.I. 1453); the Order of the United States Court of Appeals for the Federal Circuit, entered on May 7, 2008 (D.I. 1454); and the Court's Memorandum Opinion and Order, dated September 15, 2008 (D.I. 1473; D.I. 1474):

{00242698;v1}

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis Corporation, Ethicon Inc. and Johnson & Johnson Interventional Systems Co. (collectively "Cordis") and against Boston Scientific Corporation and Boston Scientific Scimed, Inc. (formerly Scimed Life Systems, Inc.) (collectively "BSC") with respect to the validity and the infringement of claims 23 and 44 of United States Patent No. 4,739,762 (the "'762 patent");

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of BSC and against Cordis with respect to the validity and the infringement of claim 22 of United States Patent No. 5,902,332 (the "'332 patent");

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis and against BSC with respect to the enforceability of the '762 patent and the '332 patent;

IT IS FURTHER ORDERED AND ADJUDGED that Cordis' complaint alleging infringement by BSC of claims 51, 52 and 54 of the '762 patent, claims 17, 18, 25 and 26 of U.S. Patent No. 5,102,417, and claims 22 and 24 of the '332 patent, be dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Cordis and against BSC in the amount of $702,811,854 (comprised of the jury's verdict of $324,403,250, together with damages for post-verdict sales in the amount of $82,267,737, and prejudgment interest through September 30, 2008 in the amount of $296,140,867). Post-judgment interest shall accrue at the statutory rate set forth in 28 U.S.C. § 1961, to be computed daily and compounded annually, from the date judgment is entered and until satisfied.

IT IS FURTHER ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 54(d)(1) and Del. L.R. 54.1, BSC shall pay Cordis its costs incurred with respect to the '762 patent.

Dated: September 30, 2008

_____
United States District Judge

_____
(By) Deputy Clerk