# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BEN T. CASTLE
SHELDON N. SANDLER
RICHARD A. LEVINE
RICHARD A. ZAPPA
FREDERICK W. IOBST
RICHARD H. MORSE
DAVID C. McBRIDE
JOSEPH M. NICHOLSON
CRAIG A. KARSNITZ
BARRY M. WILLOUGHBY
ANTHONY G. FLYNN
JEROME K. GROSSMAN
EUGENE A. DIPRINZIO
JAMES L. PATTON, JR.
ROBERT L. THOMAS
WILLIAM D. JOHNSTON
TIMOTHY J. SNYDER
BRUCE L. SILVERSTEIN
WILLIAM W. BOWSER
LARRY J. TARABICOS
RICHARD A. DiLIBERTO, JR.
MELANIE K. SHARP
CASSANDRA F. ROBERTS
RICHARD J.A. POPPER
TERESA A. CHEEK
NEILLI MULLEN WALSH
ROBERT S. BRADY
JOEL A. WAITE
BRENT C. SHAFFER

DANIEL P. JOHNSON
CRAIG D. GREAR
TIMOTHY JAY HOUSEAL
MARTIN S. LESSNER
PAULINE K. MORGAN
C. BARR FLINN
NATALIE WOLF
LISA B. GOODMAN
JOHN W. SHAW
JAMES P. HUGHES, JR.
EDWIN J. HARRON
MICHAEL R. NESTOR
ROLIN P. BISSELL
SCOTT A. HOLT
JOHN T. DORSEY
M. BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J. PASCHETTO
NORMAN M. POWELL
ELENA C. NORMAN
EDMON L. MORTON
JOHN E. TRACEY
ADAM W. POFF
SEAN M. BEACH
JOSEPH M. BARRY
SHARON M. ZIEG
DAVID R. HURST

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

(302) 571-6600
Fax: (302) 571-1253

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: (302) 571-6689
DIRECT FAX: (302) 576-3334
jshaw@ycst.com

RYAN M. BARTLEY
DONALD J. BOWMAN, JR.
MICHELE SHERRETTA BUDICAK
EMILY V. BURTON
ERIKA R. CAESAR
JEFFREY T. CASTELLANO
DOUGLAS T. COATS
KARA HAMMOND COYLE
KRISTEN SALVATORE DePALMA
MARGARET M. DIBIANCA
MARY F. DUGAN
ERIN EDWARDS
KENNETH J. ENOS
KERRIANNE MARIE FAY
WILLIAM E. GAMGORT
KEVIN P. GARLAND
MARGARET WHITEMAN GREECHER
SEAN T. GREECHER
FRANK GRESE, III (NY ONLY)
MEGAN C. HANEY
A. DAVID HANSEN
STEPHANIE L. HANSEN
NICHOLAS D. HARPER-SMITH
          (MA & NY ONLY)
JAMES L. HIGGINS
LAUREN HUDECKI

PATRICK A. JACKSON
KAREN E. KELLER
JENNIFER M. KINKUS
SARA BETH A. REYBURN KOHUT
EVANGELOS KOSTOULAS
PILAR G. KRAMAN
JOHN C. KUFFEL
TIMOTHY E. LENGKEEK
ANDREW A. LUNDGREN
MATTHEW B. LUNN
JAIME N. LUTON
ADRIA B. MARTINELLI
KATHALEEN McCORMICK
TAMMY L. MERCER
MARIBETH L. MINELLA
MICHAEL S. NEIBURG
JENNIFER R. NOEL
ROBERT F. POPPITI, JR.
JUSTIN H. RUCKI
CHERYL A. SANTANIELLO
MONTÉ T. SQUIRE
MICHAEL P. STAFFORD
ALEXANDER D. THALER
RICHARD J. THOMAS
JAMES M. YOCH, JR.

SENIOR COUNSEL
CURTIS J. CROWTHER

SPECIAL COUNSEL
EDWARD J. KOSMOWSKI
JOHN D. McLAUGHLIN, JR.
KAREN L. PASCALE

OF COUNSEL
BRUCE M. STARGATT
STUART B. YOUNG
EDWARD B. MAXWELL, 2ND
JOSY W. INGERSOLL

September 30, 2009

**BY CM/ECF AND HAND DELIVERY**

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Wilmington, DE 19801

Re:     Cordis Corp. v. Medtronic et al., C.A. No. 97-550-SLR
         Boston Scientific Corp. et al. v. Ethicon, Inc. et al., C.A. No. 98-19-SLR

Dear Judge Robinson:

The parties in the above-captioned cases jointly write this letter to inform the Court that they have entered into a Settlement Agreement, *inter alia*, dismissing with prejudice the appeal of the above-captioned cases.

Under the Settlement Agreement, Boston Scientific Corporation and Boston Scientific Scimed, Inc. (collectively, "Boston Scientific") will make a payment satisfying the Final Judgment plus post-judgment interest entered on September 30, 2009 in Case No. 97-550-SLR (D.I. 1486). Cordis has also stipulated that after payment of the settlement amount on October 1, 2009, Boston Scientific will no longer be required to maintain the Supersedeas Bonds approved in D.I. 1501. The parties will be submitting stipulated Orders to that effect in the near future.

This settlement does not affect the status of other cases before this Court involving both Boston Scientific and Cordis, including Case Nos. 98-197-SLR, 03-027-SLR, 07-333-SLR, 07-348-SLR, 07-409-SLR, 07-765-SLR, and 08-779-SLR.

YOUNG CONAWAY STARGATT & TAYLOR, LLP
September 30, 2009
Page 2


       Counsel for both parties are available at the convenience of the Court should Your Honor have any questions or wish to discuss the matter in further detail.

       Respectfully submitted,

John W. Shaw (No. 3362)

cc:    Clerk of the Court (by hand delivery)
       All Counsel of Record (by CM/ECF)